# EXHIBIT 1

HUMAN RESOURCES ADMINISTRATION
785 Atlantic Ave
Brooklyn, NY 11238

Tel: (929) 221-0848



**Human Resources Administration**
Department of Social Services

W-2-624 Rev. 11/23

000282229 000004689

Date: 03/13/2025
Case#: 00020839416D
CIN:

Special Services

Home Care Services Program

**Molly Wasow Park**
Commissioner

**Scott French**
HRA Administrator

**John Rojas**
Chief Special Services Officer

**Randa Henry-Jenkins**
Deputy Commissioner

Dear ,

This letter is to inform you that: Chinese Am Planning Council will no longer provide Fiscal Intermediary (FI) services under the Consumer Directed Personal Assistance Program (CDPAP).

The Department of Health has partnered with Public Partnerships LLC (PPL) as the single Statewide Fiscal Intermediary (SFI) for the CDPAP. No later than March 28, 2025, all individuals and personal assistants in the CDPAP will need to register with the new Statewide Fiscal Intermediary, Public Partnerships LLC (PPL). Your plan of care, hours of service, and your right to choose your personal assistant(s) is not affected by our change in providing fiscal intermediary services.

You can register through one of the following options with PPL:

- **Option 1**: Call PPL's support center at 1-833-247-5346 or TTY: 1-833-204-9042 and a PPL team member will help you complete the process
- **Option 2**: Self-register through PPL@Home by going to PPL's website at pplfirst.com/cdpap
- **Option 3**: Work with PPL or another approved CDPAP facilitator, including Independent Living Centers (ILCs), who can guide you through the process. A list of Department of Health-approved CDPAP facilitators can be found here: CDPAP Facilitators | PPL First

PPL is hosting online and in-person information sessions to give you more information and answer your questions. Visit the PPL website at pplfirst.com/cdpap for event dates and information. The website also has several CDPAP resources that will be helpful to you when making this change to PPL.

Learn more about CDPAP on the Department of Health website:
https://www.health.ny.gov/health_care/medicaid/program/longterm/cdpap/

Sincerely,

Evelyn Edouard
CASA Case Manager



00103197 004689 004936 001 001 00

00282229 004689 001 001 00