# EXHIBIT 2

XL0218 (09/97)   NOTICE NUMBER: ▮▮▮▮▮   Page: 1   *****

```
MEDICAL ASSISTANCE PROGRAM          NOTICE OF DECISION ON YOUR
MA SEPARATE DETERMINATION CENTRAL   MEDICAL ASSISTANCE.
785 ATLANTIC AVENUE GROUND FLOOR
BROOKLYN, NY 11238

                                    SI USTED DESEA RECIBIR NOTIFICACIONES FUTURAS
                                    EN ESPANOL, POR FAVOR PONGASE EN CONTACTO
      PROGRAM CODE = 053            CON SU TRABAJADOR(A).
```

| NOTICE NUMBER: ▮▮▮▮▮ | DATE: October 17, 2023 | CASE NUMBER: ▮▮▮▮▮ |
|---|---|---|

| OFFICE 565 | UNIT | WORKER | UNIT OR WORKER NAME MA SEPARATE DETERMINATION | TELEPHONE NO. 888-692-6116 |
|---|---|---|---|---|

**AGENCY TELEPHONE NUMBERS**

| | | |
|---|---|---|
| GENERAL TELEPHONE NO. FOR QUESTIONS OR HELP | 718-557-1399 | |
| OR  Agency Conference | 718-637-2426 | |
| Fair Hearing information and assistance | 718-637-2426 | |
| Record Access | 929-221-4300 | |
| Child/Teen Health Plan | 718-557-1399 | |

CASE NAME / AND ADDRESS

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

IF YOU DO NOT AGREE WITH ANY DECISION EXPLAINED IN THIS NOTICE, YOU HAVE A RIGHT TO ASK US FOR A CONFERENCE AND/OR ASK THE STATE FOR A FAIR HEARING. READ THE CONFERENCE AND/OR FAIR HEARING SECTION TO SEE HOW TO ASK FOR A CONFERENCE AND/OR A FAIR HEARING.

If you are blind or seriously visually impaired and need notices or other written materials in an alternative format (large print, audio, or data CD, or Braille), contact your local social services district.

MEDICAL ASSISTANCE

```
****************************************************************
*                                                              *
* Even though you are no longer eligible for Medical Assistance, some members *
* of your case may be eligible for continuation/extension of their Medical   *
* Assistance coverage.  Please read this entire notice.        *
*                                                              *
****************************************************************
```

1091    01D003                                  CONTINUED ON THE NEXT PAGE ...

OTD0002000043200500111100000



XL218C (08/97)

NOTICE NUMBER

Page: 2

We will discontinue Medicaid effective November 1, 2023 for:

**Name**                                           **Client I.D. #**

This is because you or your representative did not complete and return the information requested in an earlier notice, as you were instructed. Therefore, we cannot determine if you are still eligible for Medicaid.

If you believe Medicaid should continue, you should call the Medicaid Help Line at (888) 692-6116 for further instructions. You must call before the discontinue Medicaid effective date shown above.

If you are now enrolled in a Medicaid Managed Care plan, you will no longer be enrolled in your health plan.

If Medicaid is paying health insurance premiums, including Medicare, for you, payment of these premiums will be discontinued.

If Medicaid is paying health insurance premiums for other members of your household, these premium payments may continue if it is determined to be cost effective.

This decision is based on Regulations 18 NYCRR 360-2.2(e), 360-2.2(f) and 360-2.3.

**If your income is too high for Medicaid coverage, you may still be able to get health care coverage.**

New Yorkers have new options for comprehensive and affordable health insurance through New York's health benefit exchange, NY State of Health.

NY State of Health offers individuals and families a place to compare, select and enroll in an affordable health plan.

NY State of Health will help the following individuals find health care coverage:

- Individuals and childless couples who are at least 19 years of age, who do not have Medicare coverage
- Parents, step-parents and caretaker relatives of a dependent child
- Pregnant women and children

Individuals and families who file or will file Federal taxes with incomes up to 400% of the FPL, which is equivalent to $58,320 for an individual and $120,000 for a family of four (based on 2023 FPLs), may be eligible for advance tax credits to help buy health insurance through New York's health benefit exchange, NY State of Health. If annual income is greater than 400% of the FPL, health insurance can still be purchased through NY State of Health.

If you need help in applying for health care coverage through the NY State of Health, assistance is available. Navigators and Certified Application Counselors are people trained to help you understand your health coverage options and enroll in a plan. Your local department of social services can also help you with your application and choices.

To learn more about NY State of Health and to find Navigators or Certified Application Counselors in your area, please call 1-855-355-5777 or visit our Web site at http://www.nystateofhealth.ny.gov/.

**SERVICES AND OTHER INFORMATION**

**Your NYS Benefit Identification Card:**

You should have a New York State Benefit Identification card. Even though you are no longer eligible for benefits, keep your card in a safe place. The same card may be used again if you become eligible for benefits in the future.

CONTINUED ON THE NEXT PAGE ...
OTD00020000432005001111100000



XL218C (08/97)  NOTICE NUMBER :  Page: 3

## CONFERENCE AND FAIR HEARING SECTION

### DO YOU THINK WE ARE WRONG?

If you think our decision was wrong, you can request a review of our decision. If we made a mistake, we will correct it. You can do both of the following:

1. Ask for a meeting (conference) with one of our supervisors; and
2. Ask for a State fair hearing with a State hearing officer.

### AVAILABILITY OF POLICY MATERIALS

The Office of Temporary and Disability Assistance (OTDA) policy issuances and manuals are posted on the OTDA website at otda.ny.gov/legal. These issuances and manuals are available to you or your representative to determine whether a fair hearing should be requested or to prepare for a fair hearing. In addition, upon request to your local social services district, specific OTDA policy issuances and manuals will also be available to assist you or your representative.

For Medicaid determinations, the Department of Health posts Medicaid guidance documents on its website: http://www.health.ny.gov/guidance/ohip/medicaid/. Additionally, if you call or write to your local department of social services, specific policy materials necessary for you to decide whether to request a fair hearing or to prepare for the fair hearing will be made available to you at no charge.

### CONFERENCE (Informal meeting with us)

If you think our decision was wrong or if you do not understand our decision, or need additional information about the reason for our decision, please call us to arrange a meeting. To do this, call the conference telephone number listed at the top of page 1 of this notice or write to us at the address printed at the top of page 1 of this notice. Sometimes this is the fastest way to solve any problems you may have. We encourage you to do this even when you have asked for a fair hearing.

**If you only ask for a meeting with us, we will not keep your benefits the same while you appeal. Your benefits will stay the same only if you ask for a State fair hearing.** (See Keeping your Benefits the Same)

### STATE FAIR HEARING

**Deadline for Requesting a Fair Hearing**

If you want the State to review our decision about your medical assistance, you must ask for a fair hearing by **December 16, 2023**. This is the deadline even if you asked for a meeting (conference) with us.

**Keeping your Benefits the Same**

We will not change your medical assistance if you ask for a fair hearing about the action we are taking on your medical assistance before the effective date stated in this notice.

If you lose the hearing you may have to pay back any medical assistance which you got, but should not have gotten, while you were waiting for the decision.

If you do not want your benefits to stay the same until the decision is issued, you must tell the State when you write or call for a fair hearing.

**How to Request a Fair Hearing**

You can ask for a fair hearing in writing, by telephone, by fax, electronically or in person.

(Read the next page for more of your Rights)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### REQUEST FOR A FAIR HEARING

I want a fair hearing. I do not agree with the agency's action. (You may explain why you disagree below, but you do not have to include a written explanation.)

_____

_____

_____

Name    :
Address :

District/Office No: 66/565
Notice No. :
Case Number:
Telephone : 718-353-7209

/_/ I do not want to "keep my benefits the same" until the Fair Hearing decision is issued. ONLY USE THIS TEAR-OFF TO REQUEST A HEARING ABOUT THIS NOTICE.

CONTINUED ON THE NEXT PAGE ...

OTD000200004320050021100000

XL218C (08/97)                                    NOTICE NUMBER                              Page: 4

WRITE:      Complete the "tear-off" Request for a Fair Hearing at the bottom of this page
            and send it to the address on the bottom of the next page.

OR CALL:    (800) 342-3334

            When you call, please tell the worker the number of this notice which is

OR FAX:     Send a copy of this notice to fax no. (518) 473-6735.

OR ONLINE:  Complete the online request form at:
            http://www.otda.ny.gov/oah/forms.asp

OR WALK-IN: Bring a copy of this notice to the New York State Office of Temporary and
            Disability Assistance at 14 Boerum Place, Brooklyn, NY.

If you cannot reach the State electronically, by phone or fax, please write to request a fair
hearing before the deadline for requesting a fair hearing.

What to Expect at a Fair Hearing

The State will send you a notice which tells you when and where the fair hearing will be held.

At the hearing, you will have a chance to explain why you think our decision is wrong. You can bring a lawyer, a relative or a friend or someone else to help you do this. If you cannot come yourself, you can send someone to represent you. If you are sending someone who is not a lawyer to the hearing instead of you, you must give this person a letter to show the hearing officer that you want this person to represent you at the hearing.

At the hearing, you and your lawyer or other representative will have a chance to explain why we are wrong and a chance to give the hearing officer written papers which explain why we are wrong.

To help you explain at the hearing why you think our decision is wrong, you should bring any witnesses who can help you. You should also bring any papers you have such as: Pay stubs, Leases, Receipts, Bills, Doctor's Statements.

At the hearing, you and your lawyer or other representative can ask questions of witnesses which we bring or which you bring to help your case.

## LEGAL ASSISTANCE

If you think you need a lawyer to help you with this problem, you may be able to obtain a lawyer at no cost to you by contacting:
   QUEENS LEGAL SERVICES CORPORATION, 89-00 SUTPHIN BOULEVARD, JAMAICA, NY 11435
   Telephone: (917) 661-4500
   LEGAL AID SOCIETY - QUEENS NEIGHBORHOOD OFFICE, 120-46 QUEEENS BLVD, KEW GARDENS, NY 11415
   Telephone: (718) 286-2450

For the names of other lawyers check your Yellow Pages under "LAWYERS".

## ACCESS TO YOUR FILE AND COPIES OF DOCUMENTS

To help you get ready for the hearing, you have a right to look at your case file. If you call or write to us, we will provide you with free copies of the documents from your file which we will give to the hearing officer at the fair hearing. Also, if you call or write to us, we will provide you with free copies of other documents from your file which you think you may need to prepare for your fair hearing. To ask for documents or to find out how to look at your file, call us at the Record Access telephone number listed at the top of page 1 of this notice or write us at the address printed at the top of page 1 of this notice.

Send this "Request for a Fair Hearing" to:

The Office of Administrative Hearings
New York State Office of Temporary and Disability Assistance
P.O. Box 1930
Albany, New York 12201



CONTINUED ON THE NEXT PAGE ...
OTD000200004320050021110000

XL218B (04/05)

NOTICE NUMBER : ▮▮▮▮▮▮    Page: 5

If you want copies of documents from your case file, you should ask for them ahead of time. They will be provided to you within a reasonable time before the date of the hearing. Documents will be mailed to you only if you specifically ask that they be mailed.

## INFORMATION

If you want more information about your case, how to ask for a fair hearing, how to see your file, or how to get additional copies of documents, call us at the telephone numbers listed at the top of page 1 of this notice or write to us at the address printed at the top of page 1 of this notice.

XL218B (04/05)

NOTICE NUMBER

Page: 6

OTD000200004320050031110000

# HEALTH CARE PROGRAMS FOR NEW YORKERS

### Do you need help paying for medical care?

Medicaid is help for New Yorkers who cannot pay for their medical care. There are **several ways you can be eligible for Medicaid**. Eligibility depends on your age, income, health, sometimes your resources and other requirements. The Medicaid Programs that are available include:

## *Programs for Adults:*

### If you get Temporary Assistance or SSI, can you get Medicaid?

Yes, you can get Medicaid and cash assistance. You can also get Medicaid without cash assistance. Citizens, aliens with satisfactory immigration status and those who are lawfully present in the U.S. and are a New York State resident can get Medicaid. People who get Medicaid can get Family Planning Services.

### If you stop getting cash assistance because you are working and earn too much money, or because you have more income due to increased spousal support, can you continue to get Medicaid?

Yes, if you have a child(ren) and a job, you might be eligible for 12 months of Medicaid when your income goes up. Or, you might be eligible for four months of Medicaid when your income goes up due to increased spousal support. This program is called **Transitional Medical Assistance (TMA)**.

### If your income and/or resources are too high to get cash assistance, can you still get Medicaid?

Yes, if you live with a child(ren), are age 65 or older, or are certified blind or certified disabled, you may be eligible for **Medicaid**. If you have too much income and/or resources, you may be eligible after you incur medical bills at least equal to your excess income and/or excess resources. Individuals who are 19 or 20 years of age and living with their parents or caretaker relatives may also have income up to 155% Federal Poverty Level (FPL) and qualify for Medicaid. Even if you are not otherwise eligible for Medicaid and have income up to 223% of the FPL, you may be eligible to have Medicaid pay for family planning services under the Family Planning Benefit Program.

### If you are pregnant, can you have more income and get Medicaid?
You can have income up to 223% of the FPL and get Medicaid. Your resources are not counted. Pregnant women do not need to prove citizenship or immigration status.

### The Special Supplemental Nutrition Program for Women, Infants and Children (WIC)

Are you pregnant? A new mother? Have a baby or young children up to age 5?
WIC can help you help your family. WIC provides healthy foods, nutrition and health education, breastfeeding support and referrals to health and social services to New York families at no cost.

For the location of the nearest WIC clinic, call 1-800-522-5006. Additional WIC program information is available at: http://www.health.ny.gov/prevention/nutrition/wic/.

### What if you do not qualify for Medicaid? Is there any other help?

New York's health benefit exchange, NY State of Health, offers individuals and families a place to compare, select and enroll in an affordable health plan.

NY State of Health will help the following individuals find health care coverage:

- Individuals and childless couples who are at least 19 years of age, who do not have Medicare coverage
- Parents, step-parents and caretaker relatives of a dependent child
- Pregnant women and children

Individuals and families who file or will file Federal taxes with incomes up to 400% of the FPL, which is equivalent to $58,320 per year for an individual and $120,000 per year for a family of four (based on 2023 FPLs), may be eligible for advance tax credits to help buy health insurance through New York's health benefit exchange, NY State of Health. If annual income is greater than 400% of the FPL, health insurance can still be purchased through NY State of Health.

If you need help in applying for health care coverage through the NY State of Health, assistance is available. Navigators and Certified Application Counselors are people trained to help you understand your health coverage options and enroll in a plan. Your local department of social services may be able to help you with your application and choices.

To learn more about NY State of Health and to find Navigators or Certified Application Counselors in your area, please call 1-855-355-5777 or visit our Web site at http://www.nystateofhealth.ny.gov/.

The Medicaid Cancer Treatment Program provides Medicaid coverage for the treatment of breast, cervical, colorectal and/or prostate cancer to eligible individuals who have income over the Medicaid income level. For more information call 1-866-442-2262.

**If you have a disability and are working and have more income than is allowed for Medicaid, is there any way to get or keep Medicaid health care coverage?**

Yes, you may be eligible for the Medicaid Buy-In Program for Working People with Disabilities (MBI-WPD) if you are working, between 16 and 64 years old and have a disability as defined by the Social Security Administration. MBI-WPD individuals can have income up to 250% of the FPL and resources up to the Medicaid resource limit. A monthly premium may be charged for participants in this program who have countable income between 150% and 250% of the FPL.

**If you receive Medicare, is it possible to get help in paying for your prescription drugs even if you are not eligible for Medicaid or the Medicare Savings Program?**

If you are entitled to Medicare Part A or Medicare Part B, you are eligible to receive prescription drug benefits through Medicare Part D. To get more information about this program, you may call 1-800-Medicare (1-800-633-4227). You may also be eligible to receive extra help in paying the premiums, coinsurance and deductibles for the Medicare Part D prescription drug benefit. To find out more about getting this extra help, you may call 1-800-772-1213.

**If you are currently receiving your prescription drugs through the Medicare prescription drug program and your Medicaid case is being closed, will you lose your Medicare prescription drug benefit?**

If your Medicaid benefit is being discontinued, and you are currently receiving your prescription drugs through Medicare instead of Medicaid, any action to discontinue your Medicaid benefits will have no effect on the prescription drug coverage that you are receiving through Medicare, at least until the end of this calendar year (as long as you continue to be eligible for Medicare Part A or Medicare Part B). If you have any questions about your Medicare prescription drug benefit or to find out how your Medicare prescription drug benefit might change next year, please call 1-800-Medicare (1-800-633-4227). If you are moving out of State, you must notify the Social Security Administration (1-800-Medicare) of your new address, as you will have to enroll in a plan that is offered in your new state of residence.

XL366H (03/23)

OTD00020000432005004111100000

## Are there special programs for children?

Yes, Medicaid has higher income levels for children. Children ages 1 through 18 can have income as high as 154% of the FPL. Resources are not counted.

If you are age 19 or 20, you may qualify for Medicaid, depending on your income and resources. If you have too much income and/or resources, you may be eligible after you incur medical bills at least equal to your excess income and/or excess resources.

**Child Health Plus** is free or low cost health insurance for children under age 19 who are not eligible for Medicaid.

### Can my child get help finding a health care provider and getting regular checkups?

There is a Medicaid program for children from birth to age 21 called the Child/Teen Health Program (C/THP) which provides check-ups and follow-up care if problems are found. Children from birth to age 21 who have Medicaid or Medicaid Managed Care, can take advantage of this benefit.

Children and young adults should see a doctor for regularly scheduled check-ups even if they are healthy. The C/THP recommends that children have 10 check-ups before the age of 3 and a check-up once a year after that. The C/THP helps establish a "medical home." A "medical home" is a situation in which each patient has an ongoing relationship with a physician who is responsible for the patient's health care needs and, when needed, arranges for care with other qualified physicians.

Depending on a child's age, the C/THP check-up includes:

- Health history
- Dental screening
- Complete physical exam
- Immunizations
- Advice and answers to your health questions
- Asthma assessment, diagnosis and treatment
- Hearing and vision testing
- Blood tests (such as sickle cell anemia)
- Developmental/behavioral assessment
- Blood lead level lab test - Children who are 1 or 2 years old and children between 3 and 6 years old who have not had a blood lead level lab test will receive one.

There are no Medicaid co-pays for this benefit. The benefit also includes necessary services that might not normally be provided by the child's regular doctor or clinic. The medical provider will arrange for follow-up treatment for problems found during the check-up.

If you are enrolled in a managed care plan, the plan includes the C/THP. Speak to your plan representative about these services.

If you are not enrolled in a managed care plan and you live in upstate New York, call your local department of social services to help you find doctors, dentists, prenatal care, family planning, and other providers that accept Medicaid and help with transportation, if necessary.

If you live in NYC, call 1-800-541-2831 for help finding doctors, dentists, prenatal care, family planning, other providers that accept Medicaid and help with transportation, if necessary.

XL366I (03/23)

XL218B (04/05)

NOTICE NUMBER

Page: 10

OTD00020000432005005111100000