# EXHIBIT 3

# EXHIBIT 3

## Public Partnerships PPL's Post

**Public Partnerships PPL**
January 29

Switching to PPL for NY CDPAP is easy, but you have to take action by March 28. Whether you prefer to call, transition online, or get in-person support, we've got you covered.

Visit https://ow.ly/lXhN50UPzBF for more info and to get started.

#PPLFirst #NYCDPAP #ConsumerDirectedCare













