# EXHIBIT 4





**STATE OF POLITICS (CHANGE)**  >  | MARCH 26, 2025



*With less than two weeks until the state plans to transition from roughly 600 fiscal intermediaries who facilitate payments under New York's Consumer Directed Personal Assistance Program (CDPAP) to just one, voices in opposition of the deadline are literally getting louder. (Spectrum News 1 photo)*

STATE OF POLITICS

# As CDPAP deadline nears, calls for an extension grow

BY **RYAN WHALEN** | ALBANY
PUBLISHED 7:24 PM ET MAR. 19, 2025

     

ALBANY, N.Y. -- With less than two weeks until the state plans to transition from roughly 600 fiscal intermediaries who facilitate payments under New York's Consumer Directed Personal Assistance Program (CDPAP) to just one, voices in opposition of the deadline are literally getting louder.

3/26/25, 11:04 AM
Case 1:25-cv-01689-FB-LKE    Document 1-6    Filed 03/26/25    Page 3 of 10 PageID #: 71
As CDPAP deadline nears, calls for an extension grow



STATE OF POLITICS (CHANGE)  >  | MARCH 26, 2025

non-profit focusing on issues for people over the age of 50, sent a letter to Gov. Kathy Hochul asking her to delay the April 1 deadline, citing concerns over the current enrollment levels of both people who need care and their caregivers.



STATE OF POLITICS (CHANGE)  >  | MARCH 26, 2025

"The cost of this is too high," Comrie said. "Too many people will be harmed. For us to rush this process, just to appeal to people's egos."

The governor's office, however, said "much needed CDPAP reforms" are still on track with 180,000 CDPAP consumers that have "taken action" as part of the transition and 150,000 workers who have started or completed the process. The office is vowing to work with and support all stakeholders throughout the process.

"There's been a lot of controversy and discussion about whether the transition is a good idea and whether the timeline the state has set for it is achievable. Those are important questions. I actually was looking at a slightly different question," Fiscal Policy Institute Health Policy Director Michael Kinnucan said.

The Fiscal Policy Institute issued a report this week examining the health insurance options new intermediary Public Partnerships LLC will offer to workers. He said in the New York City area, they will be required to enroll in an expensive, barebones plan.

"It's no real health insurance," Kinnucan said. "It is just preventive care."

Upstate, he said workers will have the option of paying into a plan that offers no coverage until they meet a $6,350 deductible. While he said enrolling in that plan is not a requirement, it does create another set of issues.

"A lot of sources of coverage for these workers will say, look if you're offered another source of coverage, if you're on your spouse's plan but you could get coverage through your own employer, you're obligated to take it and you're not eligible for the insurance you're already on," Kinnucan said.

He said if the governor is not willing to extend the entire transition deadline, the state should at least delay offering the health insurance for several months, to figure out those issues. Otherwise, he said workers may have to make the decision of losing current coverage or changing careers.

"Under CDPAP today, thousands of full-time workers have no health insurance because their fiscal intermediaries simply don't offer it — and that's unacceptable. Under the new CDPAP transition, every full-time CDPAP worker in New York will have access to health insurance. The State will work closely with all stakeholders

3/26/25, 11:04 AM
Case 1:25-cv-01689-FB-LKE   Document 1-6   Filed 03/26/25   Page 5 of 10 PageID #: 73
As CDPAP deadline nears, calls for an extension grow



STATE OF POLITICS (CHANGE)    | MARCH 26, 2025



**POLITICS**

# Removal of Henry Johnson website stirs criticism in his hometown of Albany

ALBANY |  18 HOURS AGO



**POLITICS**

# Tariffs threaten to raise utility costs in New York, state report says

ALBANY |  5 DAYS AGO

3/26/25, 11:04 AM
As CDPAP deadline nears, calls for an extension grow
Case 1:25-cv-01689-FB-LKE    Document 1-6    Filed 03/26/25    Page 6 of 10 PageID #: 74



STATE OF POLITICS (CHANGE) | MARCH 26, 2025



▶ 2:10

**STATE OF POLITICS**

# Seneca Nation, in Albany, talk about more than just casinos

ALBANY | 1 WEEK AGO

▶ 1:54

**POLITICS**

# Trump, Musk dominate conversation at Rep. Paul Tonko's town hall

ALBANY | 1 WEEK AGO



▶ 2:35

3/26/25, 11:04 AM
Case 1:25-cv-01689-FB-LKE   Document 1-6   Filed 03/26/25   Page 7 of 10 PageID #: 75
As CDPAP deadline nears, calls for an extension grow



STATE OF POLITICS (CHANGE)   | MARCH 26, 2025

involuntary commitment

ALBANY | 1 WEEK AGO



2:24

HEALTH

## Traumatic brain injury survivors take calls for assistance to N.Y. Capitol

ALBANY | 1 WEEK AGO

CHANGE REGION

ABOUT

WEBSITE FEEDBACK

NEWS TIPS AND GUEST SUGGESTIONS

RSS

FAQ

CAREERS

TERMS

YOUR PRIVACY RIGHTS



STATE OF POLITICS (CHANGE)  >  | MARCH 26, 2025

**DO NOT SELL OR SHARE MY PERSONAL INFORMATION/OPT-OUT OF TARGETED ADVERTISING**



© 2025, Charter Communications, all rights reserved.



March 17, 2025

The Honorable Kathy Hochul
Governor
New York State
Executive Chamber
Albany, New York 12077

Re: Implementation of a Single Fiscal Intermediary for CDPAP

Dear Governor Hochul:

On behalf of New York's older adult population, I write to express our great concern over the existing timeline for the implementation of a single fiscal intermediary for the Consumer-Directed Personal Assistance Program (CDPAP), which is set to take place on April 1, 2025.

AARP New York is alarmed about recent news reports suggesting that the state's transition to a single, statewide fiscal intermediary for CDPAP is facing significant obstacles. One of the biggest concerns is that 145,000 consumers in the current fiscal intermediary arrangements have yet to been enrolled in the new statewide fiscal intermediary program by this fast-approaching deadline.

It is AARP's understanding that at the end of 2024, there were 280,000 consumers and about 425,000 Personal Assistants (PAs) within CDPAP. As of March 10, 2025, only 89,769 consumers have "completed" the registration process. However, even if every consumer is fully enrolled, they are still in danger of losing their home care if all of their PAs are not also fully registered in the new system. So far, 112,500 PAs have "started or completed" the registration process but if not fully registered, they will not get paid.

This current situation with incomplete enrollments for both the consumer and the personal assistants is unacceptable to AARP. There is great possibility people will not be receiving the services they need to remain at home, which they are entitled to and in most cases have been receiving.

An AARP survey released in 2023, *"Voters Ages 40 and Older in New York State: Their Attitudes and Opinions about Caregiving and Long-Term Care 2023*," clearly showed New Yorkers prefer to receive long-term care at home with caregiver assistance (82%) if they or a family member needed it. However, only 3 of 100 voters (3%) would prefer to receive care in a nursing home. Nine in ten respondents are extremely or very concerned about the quality of care

they would receive in a nursing home including being exposed to COVID, its variants, or other infections.

Clearly, CDPAP is a pathway to provide services to New Yorkers at home, where they want to receive services, for as long as possible. While we understand your desire to develop CDPAP efficiencies by switching to a single, statewide fiscal intermediary, it is imperative that the transition occur without significant disruptions to care.

For the above reasons, AARP New York urges you to delay the March 28 registration deadline to a later date to ensure that no individual is left without care. The state would be justified in delaying the deadline to ensure that New Yorkers are not left behind.


Sincerely,

*Beth Finkel*

Beth Finkel
AARP NY State Director

Cc Blake Washington
New York State Budget Director
Amir Bassiri
Medicaid Director

