# EXHIBIT 6

3/23/25, 9:16 PM
POLITICO Pro | Article | Hochul administration gives CDPAP participants month-long grace period to enroll
Case 1:25-cv-01689-EB-LKE    Document 1-8    Filed 03/26/25    Page 2 of 6 PageID #: 85



# Hochul administration gives CDPAP participants month-long grace period to enroll

The Health Department said participants who enroll after the April 1 deadline will be able to collect retroactive payments.

BY: **KATELYN CORDERO** | 03/23/2025 08:00 PM EDT



A group of consumers in New York's consumer-directed personal assistance program rally in the Capitol on March 10, 2025. | Katelyn Cordero/POLITICO

ALBANY, New York — Consumers who have failed to complete registration for the state's consumer-directed personal assistance program are being granted a month-long grace period and will receive retroactive payments, the state Department of Health revealed Sunday to POLITICO.

The late registration window will extend until April 30. Officials from Gov. Kathy Hochul's administration say it isn't a delay, but merely a safeguard to ensure participants in the popular Medicaid program — known as CDPAP — don't lose service.



"I want this to be a seamless transition for everyone who would like to remain in the CDPAP program, so for those who have not finished their registration by April 1, don't worry if it takes a little longer to wrap up — you can still receive continuation of your care and your caregivers will still be paid for your care, as long as you and they complete the registration in April," state Health Commissioner James McDonald said in a statement. "If you'd like to continue with CDPAP services, join the hundreds of thousands of home

## POLITICO PRO

### Continue reading this article.

Comprehensive coverage in real time.

ALBANY, New York — Consumers who have failed to complete registration for the state's consumer-directed personal assistance program are being granted a month-long grace period and will receive retroactive payments, the state Department of Health revealed Sunday to POLITICO.

The late registration window will extend until April 30. Officials from Gov. Kathy Hochul's administration say it isn't a delay, but merely a safeguard to ensure participants in the popular Medicaid program — known as CDPAP — don't lose service.

**POLITICO**
**New York Playbook**

The power player's guide to Empire State politics

SUBSCRIBE NOW

"I want this to be a seamless transition for everyone who would like to remain in the CDPAP program, so for those who have not finished their registration by April 1, don't

everyone who would like to remain in the CDPAP program, so for those who have not finished their registration by April 1, don't worry if it takes a little longer to wrap up — you can still receive continuation of your care and your caregivers will still be paid for your care, as long as you and they complete the registration in April," state Health Commissioner James McDonald said in a statement. "If you'd like to continue with CDPAP services, join the hundreds of thousands of home care users and workers who have already taken action as part of this transition."

**Background:** The April 1 deadline to transition roughly 280,000 consumers and their personal assistants to the new administrative system run by Public Partnerships LLC is rapidly approaching. After that, the 600-some fiscal intermediaries that currently run the program will cease operations, and Public Partnerships will take over.

The controversial transition has resulted in a dispute between the Hochul administration and the fiscal intermediaries who currently run the program. State officials have accused some of those fiscal service agencies — which handle administrative tasks for CDPAP participants

🔒 subscriber.politicopro.com — Private

administrative tasks for CDPAP participants — of misinforming consumers. In recent weeks the state Department of Health ramped up its efforts to combat misinformation by issuing cease and desist letters to agencies it has received complaints about.

The Sunday announcement comes on the heels of calls Thursday from 1199 SEIU to delay the transition and revisit health care benefits for workers in the program. The powerful health care workers union joined a chorus of disability advocates pushing the state to reconsider its deadline amid concerns over a registration process that's been difficult to navigate.

The state Health Department is now allowing individuals who register between April 1 and April 30 to receive retroactive payment. While the agency is implementing a "late registration window," state officials say this is not a delay. Public Partnerships LLC will still take over, and current fiscal intermediaries will be cut out of the program on April 1.

"The late registration window is one important measure, of many, to ensure all New Yokers who wish to continue in CDPAP can do so seamlessly and without

subscriber.politicopro.com — Private

payment. While the agency is implementing a "late registration window," state officials say this is not a delay. Public Partnerships LLC will still take over, and current fiscal intermediaries will be cut out of the program on April 1.

"The late registration window is one important measure, of many, to ensure all New Yokers who wish to continue in CDPAP can do so seamlessly and without interruption," PPL President Maria Perrin said in a statement. "PPL is here to support you."

A state Health Department spokesperson said, as of Sunday, 139,000 consumers have completed the transition out of the nearly 165,000 who have started or completed the process. The agency said 55,000 consumers are in the process of transitioning out of CDPAP to other home care programs covered by Medicaid, and roughly 170,000 workers have started or completed their applications.

**TOPICS IN THIS ARTICLE**

Follow topics to receive email news alerts and see updates on the homepage. Manage topics

subscriber.politicopro.com — Private