# EXHIBIT 8

# CDPAP Update: State Department of Health Announces Plan to Protect Cdpap Consumers & Workers Who Register After April 1 Transition Deadline

**Late Registration Window Helps Ensure CDPAP Consumers Continue to Receive Care Even If They Require Additional Time for Transition**

**Current CDPAP Workers Who Complete Transition After April 1 Deadline and By April 30 Will Receive Retroactive Payments for Hours Worked in April**

**Nearly 220,000 Consumers Have Taken Action in Advance of April 1 CDPAP Transition Deadline, Including Approximately 165,000 Consumers Who Have Started or Completed Registration with PPL and Nearly 55,000 Who are Opting to Move to Personal Care Services**

ALBANY, N.Y. (March 24, 2025) – The New York State Department of Health today announced the latest progress and next steps for the Consumer Directed Personal Assistance Program (CDPAP) transition to a new statewide fiscal intermediary. As part of that update, the Department announced a late registration window to address the needs of CDPAP consumers and workers who have not completed their registration by the April 1 deadline.

This late registration window will ensure program participants can continue to receive care and that workers who have not yet completed the transition can retroactively receive payments for hours worked in April upon completion of their registration with Public Partnerships LLC. This plan is available to all current CDPAP consumers and workers, including those who have not yet started the registration process, as long as they complete their registration by April 30.

"I want this to be a seamless transition for everyone who would like to remain in the CDPAP program, so for those who have not finished their registration by April 1, don't worry if it takes a little longer to wrap up – you can still receive continuation of your care and your caregivers will still be paid for your care, as long as you and they complete the registration in April," **State Health Commissioner Dr. James McDonald said.** "If you'd like to continue with CDPAP services, join the hundreds of thousands of home care users and workers who have already taken action as part of this transition."

Under the new late registration window, consumers and personal assistants who have not completed their registration as of April 1, but wish to remain in the CDPAP program, should continue efforts to register as soon as possible. CDPAP allows members who are eligible for home care to choose their own personal caregivers, including family members or friends. This transition preserves the program while reducing wasteful administrative spending by transitioning from 600 middlemen to the single intermediary, PPL.

Since the start of the transition on January 6, nearly 220,000 CDPAP consumers have taken action in advance of the April 1 transition deadline. This includes approximately 165,000 consumers who have either started or

3/26/25, 10:09 AM   CDPAP Update: State Department of Health Announces Plan to Protect cdpap Consumers & Workers Who Register After April 1 …

Case 1:25-cv-01689-FB-LKE   Document 1-10   Filed 03/26/25   Page 3 of 4 PageID #: 101

completed the registration process with PPL and nearly 33,000 who are in the process of transitioning from CDPAP to Personal Care Services (PCS).

Additionally, nearly 170,000 CDPAP personal assistants have either started or completed the registration process. Home care users who choose to switch to PCS have the option to register with PPL in the future if they decide to return to CDPAP.

**PPL President Maria Perrin said,** "We are committed, above all, to the consumers and caregivers who rely on CDPAP. The late registration window is one important measure of many to ensure all New Yorkers who wish to continue in CDPAP can do so seamlessly and without interruption. PPL is here to support you."

The transition remains on track toward the April 1 deadline, as the Department continues to combat misinformation spread by companies seeking to disrupt the legislatively mandated transition.

The Department recently sent a letter to the Alliance to Protect Home Care, Inc ("Alliance") urging them to take action to publicly call on Fiscal Intermediaries (FIs) in New York to refrain from spreading false, deceptive or coercive information regarding the transition and to publicly commit to working with all stakeholders, including member organizations and financial contributors, to ensure New York consumers and PAs have accurate information regarding the CDPAP transition.

Additionally, Cease and Desist letters were issued to Fiscal Intermediaries (FIs) and Licensed Home Care Service Agencies (LHCSAs) who are alleged to be providing false, deceptive or coercive information about CDPAP and PCS options to consumers and workers. At least two organizations cited in complaints have made financial contributions to the Alliance, which purports to be committed to protecting the integrity of home care services.

LHCSAs and FIs have been directed to immediately cease and desist from making the following statements or taking the following actions:

- Providing false information to consumers about the requirements of the Statewide Fiscal Intermediary transition.
- Charging a fee to potential personal care workers for the minimum 40-hour training and assessment to become a personal care assistant.
- Falsely telling PAs that they can provide personal care services (PCS) to their family member currently participating in CDPAP, in violation of 18 NYCRR 505.14.
- Falsely telling PAs that they can provide PCS without meeting PCS requirements, including training and other assessments, registrations, and background checks.
- Falsely telling consumers that as of April 1, 2025, they no longer qualify for CDPAP services, or that their PA will no longer qualify to provide PA services.
- Falsely telling PAs or consumers that a personal care worker in a LHCSA can provide the same services as a PA under the CDPAP in violation of scope of practice regulations.

**Here are the facts:**

**Fact:** Consumers and caregivers MUST register with PPL. Completing registration guarantees caregivers can continue to be paid for providing these vital services

**Fact:** Eligibility for CDPAP will NOT change. New Yorkers currently enrolled in CDPAP will keep their services.

**Fact:** CDPAP consumers keep their trusted caregiver. Remember, Personal Assistants must transition to the Statewide Fiscal Intermediary.

**Fact:** The transition saves taxpayers $1 billion a year. This is a commonsense effort that protects services for CDPAP consumers while reducing wasteful administrative spending going to middlemen and Medicaid fraud.

3/26/25, 10:09 AM — CDPAP Update: State Department of Health Announces Plan to Protect Cdpap Consumers & Workers Who Register After April 1 …

Case 1:25-cv-01689-FB-LKE    Document 1-10    Filed 03/26/25    Page 4 of 4 PageID #: 102

PPL continues its engagement with consumers to promote registration through direct outreach.

PPL is offering Personal Assistants competitive wages and a robust benefits package that includes paid time off, holiday pay, overtime, participation in a health benefits plan and 401(k) plan, paid professional development training, paid family leave and more.

PAs whose consumers live in Bronx, New York, Kings, Queens, Richmond, Nassau, Suffolk, and Westchester counties also receive a flex card with funds to use on medical and dental expenses, medications, transportation and other health related expenses.

In addition to the nearly 165,000 consumers who have either completed or started the registration process, PPL's support center has conducted more than 115,000 outgoing calls through its direct outreach efforts. The Department expects registration will continue to accelerate in advance of the April 1 transition deadline.

PPL continues to support consumers and PAs through its various channels of support, including a New York-based call center and registration sessions available both virtually and in person.

PPL currently has a total of 42 facilitators supporting the transition efforts. Through this diverse alliance, New York will deliver a stronger CDPAP and ensure New Yorkers in the program will receive the high-quality care they need.

PPL will continue its outreach, but consumers and personal assistants must complete their registration as soon as possible through one of the following options:

Option 1: Call PPL's support center at 1-833-247-5346 or TTY: 1-833-204-9042 and a PPL team member will help you complete the process.

Option 2: Access PPL@Home by going to PPL's website at pplfirst.com/cdpap.

Option 3: Work with PPL or another approved CDPAP facilitator who can guide you through the process. A list of approved CDPAP facilitators can be found here: CDPAP Facilitators | PPL First.

The State Department of Health continues to promote registration and maintains information on the CDPAP transition webpage.

PPL continues to actively engage with consumers through promotion and outreach activities. PPL's activities have included radio ads, print ads in 24 publications across 12 languages, thousands of fliers delivered to community and senior centers and in-person community registration sessions. Complete information about the transition and registration can also be found on PPL's website, including Frequently Asked Questions.

PPL currently has nine direct language lines up and running with native speakers available across an additional 35 languages in house and access to hundreds more through their interpretation translation services and facilitator network.

When PPL receives a call on the main line from an individual requesting a non-English language, the agent will first look to identify a PPL staff member that speaks the language. If one is not available, they can choose to utilize the interpretation service or be referred to a facilitator that has the language capability.

The reforms being made in New York directly address the runaway costs of the program and root out fraud and abuse, including a recently discovered $68 million fraud scheme and hundreds of millions more lost to administrative middlemen.