# EXHIBIT L

Case 1:25-cv-01689-FB-LKE Document 6-12 Filed 03/27/25 Page 2 of 3 PageID #: 258

# New York State Department of Health Provides Update on Latest CDPAP Transition Progress

## More Than 35,000 Consumers and 32,000 Workers Have Either Started or Completed the Registration Process

## As Registration Continues to Accelerate, Department Remains on Track to Meet April 1 Goal

## $10 Million Mystery Donor Funding Attacks on CDPAP Reform

ALBANY, N.Y. (February 7, 2025) – The New York State Department of Health today announced the latest progress made on the Consumer Directed Personal Assistance Program (CDPAP) transition to a new statewide fiscal intermediary. Since the start of the transition on January 6, more than 35,000 consumers and 32,000 personal assistants have either completed or started the registration process with Public Partnerships LLC (PPL).

A new report also reveals that The Alliance to Protect Home Care – which consistently spread misinformation about Governor Hochul's commonsense CDPAP reforms – has been funding its attack ads with $10 million from a dark money group known as "United CDPAP."

"We continue to effectuate a smooth transition for New Yorkers who rely on home care through the CDPAP program while lobbyists bankroll a smear campaign with millions of dollars in a potentially illegal funding structure," **State Health Commissioner Dr. James McDonald said.** "We're going to continue to push out facts and registration information that home care users need, even as business interests refuse to disclose the source of $10 million in dark money funding the false attacks on our plan."

PPL has been actively engaging with consumers through recent and upcoming promotion and outreach activities. In recent weeks, PPL's activities have included radio ads, print ads in 24 publications across 12 languages as shown below, distributed thousands of fliers to community and senior centers, and held in community registrations sessions. The State Department of Health has also launched new digital and radio ads promoting registration.

"PPL is right on track with achieving our forecasted registrations to meet the April 1st timeframe," **said Maria Perrin, PPL's President**. "Registration activity is ramping quickly as our outreach activities continue and stakeholders are getting real information about the program transition, instead of the misinformation coming from opposition sources."

In addition to the more than 35,000 consumers who have either completed or started the registration process, PPL's support center has fielded nearly 82,000 inbound calls to assist consumers with questions and PPL has also conducted more than 20,000 outgoing calls through its direct outreach efforts. The Department expects registration will continue to accelerate significantly in the days and weeks to come.

Between now and March 28, PPL will continue its outreach, but consumers and personal assistants (PAs) can start their registration now through one of the following options:

**Option 1:** Call PPL's support center at 1-833-247-5346 or TTY: 1-833-204-9042 and a PPL team member will help you complete the process.

**Option 2:** Access PPL@Home by going to PPL's website at pplfirst.com/cdpap.

Case 1:25-cv-01689-FB-LKE Document 6-12 Filed 03/27/25 Page 3 of 3 PageID #: 259

**Option 3:** Work with PPL or another approved CDPAP facilitator, including Independent Living Centers (ILCs), who can guide you through the process. A list of approved CDPAP facilitators can be found here: CDPAP Facilitators | PPL First.

During this transition, CDPAP eligibility for home care users will not change. Additionally, this process to strengthen CDPAP will take steps to ensure caregivers continue to receive timely payments and avoid any disruptions in services for those who rely on the program. Consumers and PAs new to CDPAP services will be able to register with PPL starting March 1.

PPL has just over 30 facilitators, including 11 Independent Living Centers, supporting the transition efforts. Through this diverse alliance, New York will deliver a stronger CDPAP and ensure New Yorkers in the program will receive the high-quality care they need.