# Exhibit 2



# Statewide Fiscal Intermediary Transition MCO Meeting

**New York State Department of Health**
**Office of Insurance Programs**

**APRIL 1, 2025**

# AGENDA

✓ Latest SFI Legal Activity

✓ Updates & Reminders

✓ EVV/Time4Care

✓ Q&A



# LATEST SFI LEGAL ACTIVITY

A judge issued a limited, short-term order pausing certain elements of New York State's transition to PPL as the single statewide fiscal intermediary. Please do not be alarmed, this does not apply to the consumers who have already started or completed their registration with PPL, or their associated PAs. It also does not prevent consumers and PAs from starting their registration with PPL.  We encourage you to continue to proceed with your registration and time tracking activities as planned.

- Yesterday's TRO in Federal Court is limited in nature:
  - This TRO is focused on the **few consumers** who have not already transitioned to PCS or have not registered with PPL
  - This TRO would not apply to the **nearly 200k consumers** who have already registered with PPL and the workers associated with them
    - This TRO does not enable plans to change the service authorization away from PPL for these consumers

- This will be in place until Friday, April 4th

- We understand that as of today plans only hold contracts with PPL.  This TRO does not prevent you from reinstituting contracts, nor require you to do so.

4/1/2025 | 3

# UPDATES & REMINDERS

## Daily Reports & FI Complaints

- Daily reports to DOH are still required through *at least* 4/18/2025.

- Report data by authorized FI and *data quality is important* -- please pay careful attention.

- Reports are due at 5pm daily. Please submit reports in a timely manner.

- MMCPs must inform the Department via expedited complaint and immediate notification via the statewideFI@health.ny.gov email of any FIs who did not allow services this weekend or are not paying PAs timely.



NEW YORK STATE | **Department of Health**

# EVV / TIME4CARE

BEGINNING ON APRIL 1, 2025, CDPAP CONSUMERS AND PERSONAL ASSISTANTS SHOULD TRACK THEIR TIME ENTRIES WITH PPL. PPL OFFERS MULTIPLE TIMEKEEPING OPTIONS TO ACCOMMODATE THE DIFFERENT NEEDS OF CDPAP CONSUMERS AND PERSONAL ASSISTANTS WHILE MAINTAINING ELECTRONIC VISIT VERIFICATION (EVV) COMPLIANCE.


NEW YORK STATE | Department of Health

# Time4Care App

Time4Care™ is a highly rated mobile app, available in 11 languages*, is designed for both consumers and personal assistants. Available for free on the Google Play Store and Apple App Store, the app allows users to clock in and out, approve and submit time entries, view paystubs, and even access training. It works with either Wi-Fi or cell service with a data connection. To access Time4Care:

1. Go to **Google Play** or the **App Store** on your Android or iOS device.
2. Tap on **Search**.
3. In the search bar, type in: **Time4Care**.
4. Download the **Time4Care app**.
5. Once the application has downloaded, tap to **open**.
6. Time4Care will ask you if you want to enable notifications. Tap "Allow" to ensure you don't miss important alerts. Tap Get Started, then log in with the same username and password you use for PPL@Home.

*Time4Care is currently available in English, Spanish, Chinese, Russian, Bangla, Korean, Arabic, Italian, French, Polish, and Urdu



# Time4Care App

- No internet connection? Time4Care has an "offline mode" for clocking in and out. The app saves the time and location of when you clocked in or out for when the internet is available again.

- Before you can enter your time in Time4Care, PPL has to have an authorization for CDPAP from the consumer's health plan or local department of social service (LDSS). If you can't access Time4Care for timekeeping, you can call PPL to clock in and out. If you and your consumer meet certain criteria, you may also request a paper timesheet.

- For more information on using Time4Care, see this guide: https://pplfirst.com/wp-content/uploads/2025/03/T4C-Guide.pdf.

- Personal assistants can also track their time in PPL@Home, which can be accessed on a computer or mobile device.

- Consumers can approve shifts in either Time4Care or PPL@Home.



NEW YORK STATE | Department of Health

# APPROVING SHIFTS IN TIME4CARE

**Approving Shifts in Time4Care**



- Tap on an entry to view details and approve/reject time
- Tap View all to see all time entries ready for approval



- Selecting all allows you to select all time entries that are ready for approval — you can approve or reject all
- Tap a single time entry to view details, and approve or reject just that time entry
- Use the check boxes to select multiple time entries to approve or reject



# APPROVING SHIFTS IN PPL@HOME

| Approving Shifts in PPL@Home | |
|---|---|
| **Consumers** | **Designated Representatives** |
| <ul><li>In your PPL@Home dashboard, go to the Timesheet tab</li><li>Click or tap View to see the shifts that were entered and submitted by the PA</li><li>If everything is correct, hit the approve button; if anything is incorrect, hit the reject button<ul><li>Rejecting the timesheet will prompt the PA to correct and resubmit the timesheet for approval</li></ul></li></ul> | <ul><li>In your PPL@Home dashboard, go to the Associated Consumers tab</li><li>Click or tap Manage Consumer — this will take you to the consumer's dashboard</li><li>Go to the Timesheet tab</li><li>Click or tap View to see the shifts that were entered and submitted by the PA</li><li>If everything is correct, hit the approve button; if anything is incorrect, hit the reject button</li><li>Rejecting the timesheet will prompt the PA to correct and resubmit the timesheet for approval</li></ul> |

| Summary | Registration Information | To Do List | Service Authorizations | Associations | Required Documents | Signature | Joint Employment Forms | Checklist | Timesheet | Additional Attributes |

**Timesheet Summary**

NEW YORK STATE | **Department of Health**

# Telephony System

Personal assistants can call PPL to clock in and out via our telephony EVV system by following these steps:

1. Dial 1-833-278-3959.
2. Select option one to indicate you are the caregiver.
3. Enter your eight-digit date of birth.
4. Enter the last four digits of your Social Security Number (SSN).
5. Select your consumer from the list.
6. Follow the prompts to start, modify, or end your shift.
7. Correct and resubmit entries if needed.

- If the phone number you are calling from does not match the one registered in the consumer's PPL@Home profile, the system will not allow clocking in or out.

- Please note, our telephony system is only available in English at this time.



# Paper Timesheets (Exception Required)

In certain cases, consumers and personal assistants may request an exception to use paper timesheets. This option is available for those who meet the following criteria:

- Consumers and/or personal assistants are unable to use electronic timekeeping due to sincerely held religious beliefs.
- The consumer lives in a rural area where the use of Time4Care or telephony is not reliable.
- There is an unanticipated need that accompanies a justification (verbal or written) on the need for an exception.
- Other consumer or personal assistant observances that impact the use of technology that accompanies a justification (verbal or written) on the need for an exception.

Paper timesheets can be requested by calling 1-833-247-5346 or submitting an exception form via fax, mail, or email.

- Mail: PO Box 310, Binghamton, NY 13902
- Fax: 1-844-244-4384
- Email: nycdpap@pplfirst.com



# BEST PRACTICES FOR TIMEKEEPING

When using a manual timekeeping option such as telephony or paper timesheet, it is important that you carefully track each shift. Information that should be tracked each day includes:

- The date

- Clock in and clock out times

- Total hours worked

- Name of the consumer/personal assistant

- Type of service provided

Recording this information will help make sure you are using your authorized hours correctly and that you are paid the right amount. It will also reduce the need for corrections.



# QUESTIONS?



