# Exhibit 3

| | |
|---|---|
| **From:** | doh.sm.State.Plan.Services |
| **To:** | doh.sm.State.Plan.Services |
| **Cc:** | Schell-Guy, Trisha (HEALTH); Deyoe, Tiana (HEALTH); Lawson, Marie (HEALTH); Ringer, Beth (HEALTH); Simmons, Sarah (HEALTH); Walter, Sharon (HEALTH); Williams, Justin (HEALTH) |
| **Subject:** | Important information on the Limited CDPAP TRO |
| **Date:** | Tuesday, April 1, 2025 10:07:23 AM |
| **Importance:** | High |

Hello,

As you may have heard a Temporary Restraining Order (TRO) was issued yesterday afternoon by a judge in federal court in Brooklyn. This TRO is limited in its nature and scope as follows:

- This TRO is focused on the few consumers who have not already transitioned to PCS or have not registered with PPL
- This TRO would not apply to the nearly 200k consumers who have already registered with PPL and the workers associated with them
    - This TRO does not enable LDSS to change the service authorization away from PPL for these consumers

This TRO will be in place until Friday, April 4th, at which time a hearing will be held.

We understand that as of today many LDSS no longer have contracts with the former fiscal intermediaries. This TRO does not prevent you from reinstituting contracts, nor require you to do so.

Should you have any questions, please send them to services@health.ny.gov

Thank you,

Statewide Fiscal Intermediary Transition Team
Bureau of Medicaid Long Term Care Policy
Division of Program Development & Management
**New York State Department of Health**
Office of Heath Insurance Programs
One Commerce Plaza Rm. 720
Albany, New York 12210

518-474-5888
services@health.ny.gov