

Office of the New York State
Attorney General

Letitia James
Attorney General

April 2, 2025

**By ECF**
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    *Engesser v. McDonald*
                E.D.N.Y., Court No. 25-cv-01689 (FB) (LKE)

Dear Judge Block:

The Office of the New York State Attorney General represents defendant James V. McDonald ("Defendant"), sued in his official capacity as the Commissioner of the New York State Department of Health ("DOH") in the above-captioned matter. Pursuant to Rule 1(D) of Your Honor's Individual Rules, Defendant writes, with Plaintiffs' consent, to request an extension of the time to file memoranda of law in opposition to or in support of the preliminary injunction to midnight tonight, April 2, 2025.

The original deadline is 5 p.m. April 2, 2025. See Temporary Restraining Order, ECF Doc. 37, at 3. There have been no prior requests for an extension of this deadline. As stated above, Plaintiffs consent to this extension. This extension does not affect any other scheduled dates.

We thank the Court for its attention to this matter.

                                                        Sincerely,

                                                        /s/ Samantha L. Buchalter
                                                        Samantha L. Buchalter
                                                        Assistant Attorney General
                                                        212-416-6582
                                                         Samantha.Buchalter@ag.ny.gov

cc: All Counsel of Record