# Exhibit A



Hi Khalica,

Good news! All CDPAP paperwork is complete for you and your consumer. Now, we are just waiting on the service authorization for your consumer from their health plan.

Once PPL receives the service authorization, you will be all set to continue CDPAP services with PPL and start entering your time. In the meantime, you can access Electronic Visit Verification (EVV) training in PPL@Home. Log in to PPL@Home at pplfirst.com/cdpap to complete your training before your PPL start date.

If you have any questions, please do not hesitate to contact Customer Service at 1-833-247-5346 or email us at nycdpap@pplfirst.com.

For additional help, you can find