# Exhibit C

Outlook

## Fwd: CDPA services

**From** Nina Bakoyiannis <ninabakoyiannis@gmail.com>
**Date** Wed 4/2/2025 10:09 AM
**To** CDPAP Lawsuit Hotline <CDPAPlawsuit@nylag.org>

> **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender** ninabakoyiannis@gmail.com

---------- Forwarded message ---------
From: **Dong Mei Chen** <dmchen@cpchap.org>
Date: Wed, Apr 2, 2025 at 9:38 AM
Subject: RE: CDPA services
To: Nina Bakoyiannis <ninabakoyiannis@gmail.com>


Unfortunately no, you can't use our system to clock in and out effective on 4/1/25. Our agency only pays up to 3/31/25.

Thank You!

Best regards,


**May Chen**

**Personnel Specialist**

(Pronouns: she/her)


Chinese-American Planning Council Home Attendant Program, Inc.

Consumer Directed Personal Assistance Program (CDPAP)

1 York Street - 2nd Floor

New York, NY 10013

T: (212) 219-8100/ Ext: 121

F: (212) 966-7371

E: DMCHEN@CPCHAP.ORG

www.cpchap.org

**PRIVILEGED AND CONFIDENTIAL.** This message generates from Chinese-American Planning Council Home Attendant Program, Inc. and associated and affiliated entities. This message is intended only for the use by the recipient(s) and others authorized to receive it. The content of this message may contain privileged and confidential information and/or protected health information. If you are not the intended recipient, you are hereby notified that any review, disclosure, dissemination, distribution, printing or copying of this message and/or any attachments by persons or entities other than the intended recipient(s) is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this message and any attachments.

**From:** Nina Bakoyiannis <ninabakoyiannis@gmail.com>
**Sent:** Tuesday, April 1, 2025 11:48 PM
**To:** Dong Mei Chen <dmchen@cpchap.org>
**Subject:** CDPA services

Hello Ms Mei,

I received notice that my PPL case was not fully authorized yet because they are waiting to process my home care authorization from the State. Is CPC still operating for clock-ins from our PAs until these issues get resolved?

Thank you,

Nina Bakoyiannis