# Exhibit A

NEW YORK

PPL Time4Care

Ema...

60...

Re...

### Time4Care

I will use Time4Care before becoming an employee of PPL as a CDPAP PA.

I understand that I am being granted access to this app in accordance with DOH's Retroactive Payment Policy for the CDPAP program. I understand that although I have registered to become an employee of PPL, I am not yet a PPL employee and will not be employed by PPL until the hiring process is complete.

I understand that according to the NYDOH Policy, if (and only if) I become employed by PPL before April 30, I will be paid retroactively for time accurately entered into Time4Care before my employment with PPL.

**I understand**

Sig... our
Cl... d.
Sign up with email.

Sign up with phone number.

Version 13.0.3