# Exhibit A

**CENTERS PLAN
FOR HEALTHY
LIVING**

75 Vanderbilt Avenue, Staten Island NY 10304    1-844-CPHL-CARES

3/18/25

155570-ENG-376
BRYON ROGERS
51 LOTT AVE APT 2B
BROOKLYN NY 11212-4867

RE:    VS17930V

Dear Bryon Rogers,

This letter is to alert you that you and/or your designated representative that you and/or your personal assistant(s) must take **IMMEDIATE ACTION** regarding your Consumer Directed Personal Assistance Program (CDPAP) services.

The Department of Health has partnered with Public Partnerships LLC (PPL) as the single Statewide Fiscal Intermediary (SFI) for the CDPAP. All Consumers and personal assistants in the CDPAP must change to PPL by March 28, 2025. Your personal assistant (caregiver) will not get paid to take care of you unless you and your caregiver register with PPL.

**To ensure your caregiver is paid for providing CDPAP services, <u>you and your caregiver must register with PPL</u>.** You can register through one of the following options:
   **Option 1**: Call PPL's support center at 1-833-247-5346 or TTY: 1-833-204-9042 and a PPL team member will help you complete the process
   **Option 2**: Self-register through PPL@Home by going to PPL's website at pplfirst.com/cdpap
   **Option 3**: Work with PPL or another approved CDPAP facilitator, including Independent Living Centers (ILCs), who can guide you through the process. A list of Department of Health-approved CDPAP facilitators can be found here: CDPAP Facilitators | PPL First

**Avoid an interruption in your services. Contact PPL as soon as possible. If you *and your personal assistant* have already registered with PPL, you are ready to continue CDPAP services.**
Learn more about CDPAP on the Department of Health website:
https://www.health.ny.gov/health_care/medicaid/program/longterm/cdpap/

Sincerely,
Centers Plan for Healthy Living Member Services Department

CPHL_OP_014