UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIZA ENGESSER, MARISOL GETCHIUS, GEETANJALI SEEPERSAUD by her Next Friend SAVITRI SEEPERSAUD, and MARIA JAIME on her own behalf and as Next Friend to Y.P.S. AND C.P., individually and on behalf of all persons similarly situated, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, and REGIONAL CENTER FOR INDEPENDENT LIVING, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES V. MCDONALD, as Commissioner of the New York State Department of Health, <br><br> Defendant. | **NOTICE OF APPEARANCE** <br><br> Case No. 1:25-CV-01689-FB-LKE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Amici Caring Professionals, Inc. in the above-captioned action.

I certify that I am admitted to practice in this court.

Dated: April 3, 2025

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Edward Wipper*
Edward Wipper
1155 Avenue of the Americas, 26th Floor New York, New York 10036
(646) 593-7051
ewipper@beneschlaw.com
*Attorney for Caring Professionals, Inc.*