AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Liza Engesser, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01689-FB-LKE |
| James V. McDonald | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 04/09/2025

s/Patrick R. Runkle
*Attorney's signature*

Patrick R. Runkle, Penn. Bar #207360
*Printed name and bar number*

US Dept of Justice - Consumer Protection Branch
PO Box 386
Washington DC 20044-0386
*Address*

patrick.r.runkle@usdoj.gov
*E-mail address*

(202) 532-4723
*Telephone number*

(202) 514-8742
*FAX number*