UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
LIZA ENGESSER, MARISOL GETCHIUS, GEETANJALI SEEPERSAUD by her Next Friend SAVITRI SEEPERSAUD, and MARIA JAIME on her own behalf and as Next Friend to Y.P.S. AND C.P., individually and on behalf of all persons similarly situated, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, and REGIONAL CENTER FOR INDEPENDENT LIVING,

       Plaintiffs,

V.

JAMES V. MCDONALD, as Commissioner of the New York State Department of Health,
       Defendant.
-------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Case No. 1:25-CV-01689-FB-LKE

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case on behalf of proposed amicus Freedom Care LLC in the above-captioned action.

 I certify that I am admitted to practice in this court.

Dated: April 22, 2025

       GIBSON, DUNN & CRUTCHER LLP

       /s/ *Akiva Shapiro*
       Akiva Shapiro
       200 Park Avenue, 47th Floor
       New York, NY 10166-0193
       Telephone: (212) 351-3830
       AShapiro@gibsondunn.com

       *Attorney for Freedom Care LLC*