# ENGESSER V. McDONALD

## CV-25-1689

**Plaintiff's Counsel:**

Elizabeth A. Jois

Lisa E. Cleary

**Defendants Counsel:**

Rachel Pam Summer

Samantha Leigh Buchalter

**Amicus counsel:**

| | |
|---|---|
| Roger Bearden | New York Association for Independent Living |
| Edward Wipper | Caring Professionals, Inc. |

# ENGESSER V. McDONALD

## CV-25-1689

**Plaintiff's Counsel:**

Elizabeth A. Jois

Lisa E. Cleary

**Defendants Counsel:**

Rachel Pam Summer

Samantha Leigh Buchalter

**Amicus counsel:**

| | |
|---|---|
| Roger Bearden | New York Association for Independent Living |
| Edward Wipper | Caring Professionals, Inc. |

# ENGESSER V. McDONALD

## CV-25-1689

**Plaintiff's Counsel:**

Elizabeth A. Jois

Lisa E. Cleary

**Defendants Counsel:**

Rachel Pam Summer

Samantha Leigh Buchalter

**Amicus counsel:**

| | |
|---|---|
| Roger Bearden | New York Association for Independent Living |
| Edward Wipper | Caring Professionals, Inc. |