# EXHIBIT A

# CDPAP Update: State Department of Health Provides Data on Number of Consumers and Personal Assistants Registered With Statewide Fiscal Intermediary Ahead of June 6 Deadline

## More than 209,000 Consumers Authorized for CDPAP Are Registered with Public Partnerships LLC (PPL)

## 203,000 Personal Assistants Are Registered with PPL; Approximately 10% Are Serving Multiple Consumers

## PPL Has Issued Paychecks to 198,000 Personal Assistants

## Additional 75,000 Consumers Have Transitioned from CDPAP to Personal Care Services (PCS), A Separate Medicaid-Funded Program; These Individuals and Their Workers Now Receive Medicaid Payments Through PCS Providers, Not PPL

ALBANY, N.Y. (May 19, 2025) – The New York State Department of Health today announced that more than 209,000 consumers currently authorized for the Consumer Directed Personal Assistance Program (CDPAP) statewide have successfully registered with the new fiscal intermediary, Public Partnerships LLC (PPL), ahead of the transition deadline of June 6, 2025. In addition, more than 203,000 personal assistants have registered with PPL to continue delivering care under the updated structure.

"Since the start of the transition in January, we have successfully ensured that hundreds of thousands of New Yorkers who rely on home care continue to receive these essential services," **State Health Commissioner Dr. James McDonald said**. "Through our partnership with PPL, we are building a more accountable and sustainable CDPAP system—one that protects consumers while putting an end to the unchecked cost growth and misuse that plagued the former structure."

Prior to April 1, approximately 280,000 consumers were authorized for CDPAP. To date, 209,000 consumers who remain authorized for CDPAP have registered with PPL. An additional 75,000 have instead opted to transition to Personal Care Services (PCS), another Medicaid-funded long-term care program that also supports care in the home. The choice to enroll in CDPAP or PCS remains entirely up to the consumer. Some individuals may choose to register with PPL and later switch to PCS, or vice versa.

As part of the registration process, CDPAP consumers provide information about their personal assistants (PAs). Consumers have reported 237,000 unique personal assistants, and, as of May 15th, 203,000 have been fully onboarded with PPL. Approximately 10 percent of these personal assistants serving multiple consumers. Many consumers register multiple personal assistants, some of whom do not work regular shifts and instead provide backup care.

Also as of May 15th, 198,000 personal assistants – about 98 percent of those fully onboarded – had successfully submitted timesheets and been issued a paycheck from PPL. Almost all of those who have not received payment

have not submitted a timesheet. In CDPAP, schedules are determined by the consumer in consultation with their PA, and not all caregivers work weekly.

Personal assistants are paid weekly based on timesheets submitted to PPL. Following a recent federal court agreement, certain CDPAP personal assistants may continue to be paid by their previous fiscal intermediary until June 6.