FILED: NASSAU COUNTY CLERK 05/19/2025 07:08 PM                    INDEX NO. 606596/2025
NYSCEF DOC. NO. 78                                                RECEIVED NYSCEF: 05/19/2025

Case 1:25-cv-01689-FB-LKE    Document 85-1    Filed 05/20/25    Page 1 of 7 PageID #: 1310

# Exhibit BB

FILED: NASSAU COUNTY CLERK 05/19/2025 07:08 PM                INDEX NO. 606596/2025
NYSCEF DOC. NO. 78                                            RECEIVED NYSCEF: 05/19/2025



Home  /  News & Events  / CDPAP Update: PPL Issues Payments to 191,000 CDPAP Caregivers, Now in Second Month of Statewide Payroll

# CDPAP Update: PPL Issues Payments to 191,000 CDPAP Caregivers, Now in Second Month of Statewide Payroll

By PPL on May 16, 2025

~191,000 PAs were paid in sixth week of statewide payroll representing payment of >99% of all registered PAs who submitted timesheets by the weekly deadline

More than $619 million in payments issued to date to 198,000 individual PAs

PPL sets the record straight with new Infographic highlighting the facts and full scope of the CDPAP transition and payments

FILED: NASSAU COUNTY CLERK 05/19/2025 07:08 PM   INDEX NO. 606596/2025
NYSCEF DOC. NO. 78                                                             RECEIVED NYSCEF: 05/19/2025

5/18/25, 10:08 AM    CDPAP Update: PPL Issues Payments to 191,000 CDPAP Caregivers, Now in Second Month of Statewide Payroll | PPL First
Case 1:25-cv-01089-FB-PK    Document 85-1    Filed 05/20/25    Page 3 of 7 PageID #: 1312

ALBANY, NY, May 16, 2025 — Public Partnerships LLC (PPL), the nation's leading provider of financial management services to Medicaid self-directed care programs and the statewide fiscal intermediary for New York's Consumer Directed Personal Assistance Program (CDPAP), today announced that just over 191,000 CDPAP caregivers, also known as personal assistants (PAs) in CDPAP, were issued payment in the sixth pay period of the statewide transition. Almost 95% of the PAs registered with PPL submitted timesheets this pay period, and more than 99% of registered PAs who submitted a timesheet by the deadline were paid in this week's check run.

PPL accepts time entries in numerous formats, including through its Time4Care mobile app, telephony system, paper timesheets, and PPL@Home online system.

For the payroll cycle, all time entries are due to PPL on Saturdays at 11:59 pm ET for payment the following Thursday. To date, PPL has completed payroll for 198,000 personal assistants and has issued $619 million in gross payroll.

"As more consumers and PAs complete their registration with PPL, we are pleased to see a growing number of PAs successfully submitting timesheets and receiving payment each week," said a PPL spokesperson. "Our team has worked diligently to ensure PAs receive the necessary education on timesheet submission and compliance with state and federal guidelines. We remain focused on supporting consumers and caregivers today while strengthening and sustaining the program for the future."

Special interest groups associated with a very small subset of the CDPAP community have recently issued informal surveys that vastly misrepresent the status of the CDPAP transition. The number of respondents to these surveys account for 0.2 percent of the CDPAP population and survey questions are heavily biased. In fact, the surveys are both unsound statistically and have leading questions, meant to unduly influence the responses.

FILED: NASSAU COUNTY CLERK 05/19/2025 07:08 PM                INDEX NO. 606596/2025
NYSCEF DOC. NO. 78                                                          RECEIVED NYSCEF: 05/19/2025

5/18/25, 10:03 AM    CDPAP Update: PPL Issues Payments to 191,000 CDPAP Caregivers Now in Second Month of Statewide Payroll | PPL First

Case 1:25-cv-31589-FB-PK  Document 61-85  Filed 05/20/25  Page 4 of 7 PageID #: 1313

In response, PPL's newest infographic highlights the following key facts:



- ~ 99% of PAs who were fully registered and submitted timesheets on time in May have been paid on time.

- Based on May timesheet submission, 98% of PPL-registered PAs submitted timesheets, which is above the national average of PAs who submit weekly timesheets in other consumer directed programs. Work schedules are determined by consumers in consultation with their PAs, and not all PAs work every week.

- Not all PAs who were previously counted in the CDPAP population are on PPL's payroll. Until at least June 6, 2025, PAs have the option to be paid by their former FIs.

- ~98.5% of people transitioned without the need for PPL's escalation support. For those needing additional support, PPL has a dedicated team focused on supporting, educating, and resolving consumer and PA escalations.

FILED: NASSAU COUNTY CLERK 05/19/2025 07:08 PM                                INDEX NO. 606596/2025
NYSCEF DOC. NO. 78                                                                         RECEIVED NYSCEF: 05/19/2025

5/18/25, 10:08 AM   CDPAP Update: PPL Issues Payments to 191,000 CDPAP Caregivers, Now in Second Month of Statewide Payroll | PPL First
Case 1:25-cv-31580-FB-LKE   Document 85-1   Filed 05/20/25   Page 5 of 7 PageID #: 1314

Gloria T., a PA in the program, shared her experience transitioning to PPL. "I find things run very smoothly with PPL. It's been a really good experience, no hassle or anything. I just recently gave them my bank information and it's been coming through."

Another PA, Chun K., was pleased with PPL's system and tools. "I think PPL is ahead in terms of the way their system is set up… it's much more efficient."

PPL offers a range of resources to help address any questions consumers or personal assistants may have about the process. The company has a comprehensive [Resources page](#) with videos and how-to guides on topics such as understanding PPL's systems, timekeeping, payroll & payment, and benefits and HR.

The company's support staff is available six days per week supporting [consumers](#) and PAs to complete registration, accurately submit and approve time, and access training and resources. Besides its call center, which has nine dedicated language lines available, PPL offers [in-office appointments](#), holds [webinars](#) for consumers and PAs multiple days per week, and has [42 facilitator partners](#) to assist stakeholders.

PPL's [Time4Care app](#) enables personal assistants to log their time via mobile device or computer. Time4Care is available in 11 languages and was purposely designed for consumers and personal assistants in self-directed care programs. PAs and consumers can also use PPL's EVV Telephony system to [enter](#) and [approve](#) time. Consumers and PAs can visit [pplfirst.com/cdpap](#) to log into their PPL@Home account to check the status of their registration, access program resources, or view frequently asked questions. PPL's customer service center is also available at 1-833-247-5346 or by email at [nycdpap@pplfirst.com](#).

## About PPL

5/18/25, 10:08 AM    CDPAP Update: PPL Issues Payments to 191,000 CDPAP Caregivers, Now in Second Month of Statewide Payroll | PPL First

PPL supports consumers and caregivers across 50 self-direction programs in 20 states. The company has served its communities for 25 years and is wholly focused on consumer direction programs that help people have more control over their care and enable them to remain in their homes and communities. PPL has more than 3,000 team members that are dedicated to serving Medicaid and social services programs. The company's headquarters are in Latham, New York with offices throughout the United States. To learn more about PPL, please visit pplfirst.com.

Media Contact:

media@pplfirst.com

SHARE

 



CARE                    RESOURCES               COMPANY

                        Blog

                        Podcasts

                        Videos

FILED: NASSAU COUNTY CLERK 05/19/2025 07:08 PM          INDEX NO. 606596/2025
NYSCEF DOC. NO. 78                                          RECEIVED NYSCEF: 05/19/2025

5/18/25, 10:08 AM    CDPAP Update: PPL Issues Payments to 191,000 CDPAP Caregivers, Now in Second Month of Statewide Payroll | PPL First

Case 1:25-cv-01689-FB-RML   Document 91-85   Filed 05/26/25   Page 7 of 7 PageID #: 1316

| | |
|---|---|
| Start Here | About Us |
| Programs | News and Events |
| FAQs | Our Services |
| Caregivers | Careers |
| Organizations | Accessibility |

© Copyright 2025 PPL LLC All Rights Reserved.   Privacy Policies    Cookie Policy    Terms of Use