## **ENGESSER V. McDONALD**

## **CV-25-1689**

**Plaintiff's Counsel:**

Caitlin Ross

Elizabeth A. Jois

Julia Grossman Russell

Lisa E. Cleary


**Defendants Counsel:**

Rachel Pam Summer

Samantha Leigh Buchalter