

www.pbwt.com

May 28, 2025

Lisa E. Cleary
Partner
(212) 336-2159
(212) 336-2366 Direct Fax
lecleary@pbwt.com

**VIA EMAIL AND ECF**

Rachel Summer
Assistant Attorney General
28 Liberty Street
New York, New York 100005

> Re: *Engesser et al. v. McDonald*, Civil Action No. 25-cv-01689 (FB) (LKE)

Dear Ms. Summer:

     We represent Plaintiffs in the above-captioned matter. Enclosed herewith for service, please find: Plaintiffs' Notice of Motion to Amend the Preliminary Injunction; Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Amend the Preliminary Injunction; the Declaration of Rachel Holtzman; the Declaration of Christine Mitchell; the Second Supplemental Declaration of Brooke Erickson; the Declaration of Evan Yankey; the Declaration of Lisa Engesser; the Declaration of Savitri Seepersaud; the Declaration of Maria Jaime; the Declaration of Faridi Alli; and the Declaration of Lisa E. Cleary.

Sincerely yours,

/s/ Lisa E. Cleary
Lisa E. Cleary

Cc: Hon. Frederic Block (without enclosures)
All counsel of record

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222