

**Office of the New York State Attorney General**

**Letitia James Attorney General**

June 10, 2025

**By ECF**
Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    *Engesser v. McDonald*
               E.D.N.Y., Court No. 25-cv-01689 (FB) (LKE)

Dear Judge Block:

Defendant writes in accordance with the May 27, 2025 Minute Order adopting the parties' proposed briefing schedule for Plaintiffs' motion to amend and extend the Preliminary Injunction, ECF Doc. 87. Pursuant to the Order: "Counsel may modify their agreed upon briefing schedule without court approval. Counsel shall file a letter notifying the Court of their modified agreed upon briefing schedule."

The parties have agreed to extend Defendant's time to answer from June 11, 2025 to June 12, 2025. The other date remains unchanged. Plaintiffs shall file their reply brief on or before June 18, 2025.

Defendant appreciates Your Honor's attention to this matter.

                                        Sincerely,

                                        /s/ Rachel Summer
                                        RACHEL SUMMER
                                        Assistant Attorney General
                                        212-416-8663
                                        Rachel.Summer@ag.ny.gov