

Office of the New York State
Attorney General

Letitia James
Attorney General

June 12, 2025

**By Email**
Lisa E. Cleary
Patterson Belknap Webb & Tyler LLP
*Counsel for Plaintiffs*
1133 Avenue of the Americas
New York, New York 10036

  Re: *Engesser v. McDonald*
     E.D.N.Y., Court No. 25-cv-01689 (FB) (LKE)

Dear Ms. Cleary:

Defendant writes in accordance with Rule 2(D) of Judge Block's Individual Rules. Enclosed herewith for service, please find: (1) Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Amend the Preliminary Injunction dated June 12, 2025; (2) the Declaration of Amanda Lothrop in Opposition to Plaintiffs' Motion to Amend the Preliminary Injunction dated June 12, 2025 and attached exhibits; (3) the Declaration of Maria Perrin in Opposition to Plaintiffs' Motion to Amend the Preliminary Injunction dated June 11, 2025; and (4) the Declaration of Rachel Summer in Opposition to Plaintiffs' Motion to Amend the Preliminary Injunction dated June 12, 2025 and attached exhibits.

              Sincerely,

              /s/ Rachel Summer
              RACHEL SUMMER
              Assistant Attorney General
              212-416-8663
              Rachel.Summer@ag.ny.gov

cc: Hon. Frederic Block (without enclosures) (by ECF)