## **ENGESSER  V.  McDONALD**

## **CV-25-1689**

**Plaintiff's Counsel:**

Caitlin Ross

Elizabeth A. Jois

Emma Guido Brill

Julia Grossman Russell

Lisa E. Cleary

**Defendants Counsel:**

Rachel Pam Summer

Samantha Leigh Buchalter

**Amicus counsel:**

| | |
|---|---|
| Roger Bearden | New York Association for Independent Living |
| | Consumer Directed Personal Assistance Association of N.Y.S. |
| Edward Wipper | Caring Professionals, Inc. |
| Adam Cohen | New York State Council of Churches |
| Jeffrey Skinner | |