UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LIZA ENGESSER, MARISOL GETCHIUS, GEETANJALI SEEPERSAUD by her Next Friend SAVITRI SEEPERSAUD, and MARIA JAIME on her own behalf and as Next Friend to Y.P.S. and C.P., individually and on behalf of all persons similarly situated; BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, and REGIONAL CENTER FOR INDEPENDENT LIVING,

                Plaintiffs,

-against-

JAMES V. MCDONALD, as Commissioner of the New York State Department of Health,

                Defendant.

Case No. 25-cv-01689 (FB) (LKE)

**NOTICE OF PLAINTIFFS' MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

---

      PLEASE TAKE NOTICE that Plaintiffs Liza Engesser, Marisol Getchius, Geetanjali Seepersaud, Maria Jaime, Y.P.S., and C.P., on behalf of themselves (the "Named Plaintiffs") and those similarly situated, Brooklyn Center for Independence of the Disabled, and Regional Center for Independent Living, hereby move before the United States District Court for the Eastern District of New York to certify a settlement class pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure; appoint the New York Legal Assistance Group and Patterson Belknap Webb & Tyler LLP as class counsel and the Named Plaintiffs as class representatives; grant preliminary approval of the settlement; and schedule a fairness hearing to occur no later than August 8, 2025, for the reasons set forth in the accompanying memorandum of law and the Declarations of Lisa E. Cleary and Elizabeth Jois. Defendant does not oppose Plaintiffs' motion.

1

Dated: New York, New York
July 5, 2025

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

*/s/ Lisa E. Cleary*
Lisa E. Cleary
Caitlin A. Ross
Emma Guido Brill
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
lecleary@pbwt.com
kross@pbwt.com
ebrill@pbwt.com

LISA RIVERA, ESQ.
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, New York 10004

*/s/ Elizabeth Jois*
ELIZABETH JOIS, Of Counsel
JULIA RUSSELL, Of Counsel
Attorneys for Petitioner
(212) 613-5093
ejois@nylag.org
jrussell@nylag.org

*Attorneys for Plaintiffs*