

www.pbwt.com

August 26, 2025

Lisa E. Cleary
Partner
(212) 336-2159
(212) 336-2366 Direct Fax
lecleary@pbwt.com

**VIA ECF**

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    *Engesser et al. v. McDonald*,
              Civil Action No. 25-cv-01689 (FB) (LKE)

Dear Judge Block:

      We represent Plaintiffs in the above-captioned matter. We write to correct an inadvertent error made by Class Counsel at the fairness hearing dated August 6, 2025, with respect to one transition-related statistic shared in support of the Corrected Stipulation of Class Action Settlement ("Stipulation"), ECF No. 141.

      Specifically, Counsel stated that there were approximately 11,000 Class Members enrolled in Managed Long Term Care plans ("MLTC") who had no record of receiving CDPAP services in June 2025, and that 16% of these Class Members had not taken action in response to the outreach conducted in July to assist them in restarting their services pursuant to Paragraphs 5.d.i.1 and 5.e.i.1 of the Stipulation. *See* August 6, 2025 Transcript ("Tr.") 30:5-7 ("16 percent of *those 11,000 . . . people who are in a managed long-term care plan . . .* remain unaccounted for") (emphasis added); ECF No. 141 ¶¶ 5.d.i.1, 5.e.i.1.

      However, "11,000" is an approximation of the total number of Class Members—including those enrolled in MLTCs, MCOs, or LDSS—who did not receive CDPAP services in June. *See* Declaration of Amanda Lothrop dated July 25, 2025, ECF No. 127 ¶ 18. As referenced by Counsel earlier in the hearing, "16 percent" represents the proportion of those Class Members enrolled in MLTCs who lacked CDPAP in June, who had not yet responded to outreach and thus received a notice of intent to disenroll during the first week of August—within the larger group of 11,000 Class Members enrolled in MLTCs or these other care programs. *See* Tr. 13:18-21 ("[P]ursuant to this process the vast majority of MLTC consumers who did not have services in June have taken steps to restart their services and only 16 percent haven't taken action[.]").

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222

15973134

Honorable Frederic Block
August 26, 2025
Page 2

      Plaintiffs submit that this correction should not impact the Court's approval of the Stipulation. We are available to answer any questions the Court may have and thank the Court for its continued attention to this matter.

                                                Respectfully yours,

                                                Lisa E. Cleary

cc: (All by ECF)
    Caitlin Ross
    Emma Brill
    Rachel Summer, NYAG
    Samantha Buchalter, NYAG
    Elizabeth Jois, NYLAG
    Julia Russell, NYLAG

15973134