UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
LIZA ENGESSER,                    : 25CV1689(FB)
                                  :
      -against-                   :
                                  : United States Courthouse
JAMES V. MCDONALD                 : Brooklyn, New York
IN HIS CAPACITY AS THE            :
COMMISSIONER OF THE NEW YORK      :
STATE DEPARTMENT OF HEALTH,       : Wednesday, April 2, 2025
                                  : 4:00 p.m.
         Defendant.               :
- - - - - - - - - - - - - - X

TRANSCRIPT OF TELEPHONIC CONFERENCE
BEFORE THE HONORABLE FREDERIC BLOCK
UNITED STATES SENIOR JUDGE

A P P E A R A N C E S:

For the Plaintiff:  PATTERSON BELKNAP WEBB & TYLER LLP
                        1133 Avenue of the Americas
                        New York, NY 10036
                    BY:CAITLIN ROSS, ESQ.
                       LISA E. CLEARY, ESQ.

                    New York LEGAL ASSISTANCE GROUP
                        100 Pearl Street, 19th Floor
                        New York, NY 10004
                    BY:ELIZABETH A. JOIS, ESQ.

For the Defendant:  NYS OFFICE OF THE ATTORNEY GENERAL
                        28 Liberty Street
                        New York, NY 10005
                    BY:SAMANTHA LEIGH BUCHALTER, ESQ.


SUSAN LAWLESS, Department of Health


Court Reporter:    **SOPHIE NOLAN**
                       225 Cadman Plaza East/Brooklyn, NY 11201
                   **NolanEDNY@aol.com**

*Proceedings recorded by mechanical stenography, transcript produced by Computer-Aided Transcription*

SN       OCR       RPR

(In open court.)

(The Hon. FREDERIC BLOCK, presiding.)

THE COURTROOM DEPUTY: Civil cause for telephone conference, *Engesser v McDonald*.

Counsel, state your name before you speak so the court reporter knows who is speaking and at this time I ask plaintiff's counsel if you can begin again with the appearances.

MS. CLEARY: Yes. Thank you, Mike. This is Lisa Cleary from Patterson Belknap along with my colleague Caitlin Ross and Emma Brill.

MS. JOIS: This is Elizabeth Jois from the New York Legal Assistance Group, and I am joined by my colleague, Julia Russell, also from New York Legal Assistance Group.

MS. BUCHALTER: Good afternoon, Your Honor. This is Samantha Buchalter with the Office of the New York State Attorney General representing defendant, James McDonald, and also I have Susan Lawless from the Department of Health.

THE COURT: Okay. So I'm glad you are all able to be on the telephone with me. It's ten after 4 right now. And I thought, you know, considering the fact that this case apparently is getting a lot of attention and there are a lot of issues involved here and a lot of public concerns about it, I thought we can have a little chat before I do anything else. We're making a record of this.

Look, when you first came in here, pretty much at the eleventh hour because I was put upon a day before the witching hour to have to make a ruling and I wish I had a little more breathing space and usually when we get eleventh-hour types of applications we have a tendency to deny them because of obvious reasons.

I didn't do that here because I was convinced that there are really serious public health issues involved and I made an exception, despite the fact that I had 24 hours or less to do something.

Nonetheless, the intention that I had and I thought this was clearly expressed, apparently not, in the order which I had to hastily do under the circumstances was to try to keep the status quo for a couple of days until we can all get into court here on Friday.  I really made an effort to really move the needle here by getting you folks to submit papers to me by the end of today and to see you on Friday so we'll have a chance to have some breathing room and to see what the sensible thing is to do here considering all the dynamics that are obviously involved in this.

So, my intention was simply to say whoever was receiving benefits, whoever was already registered, so to speak, under the old system, I think it was 600 units, something like that, we just want to keep them getting the benefits so that there's no real adverse health issues that

we're dealing with.  It seemed logical to me, but maybe logic escapes us all, but that was the intention; that we have a brief breathing period, let the folks all get the same benefits that they've been getting until we have had the time to talk about it in a more reasoned, rational way in the context of the preliminary injunction which we are going to be dealing with Friday.  That was my intention and I thought that was a no-brainer.  Maybe I'm not sophisticated enough to understand all of these nuances.

The other thing that puzzled me, I guess superficially initially, was you required people who already are registered to now reregister and I can understand that there may be a good reason to do that so everything is consolidated under one tree so to speak, instead of a whole garden of trees to deal with.  There may be good and sufficient reasons to do that and to check out who these people are.  Maybe there's some of these people who should not be receiving benefits.  Maybe there's some fraudulent stuff out there, who knows.

I don't question the fact that the State has the right to say we're going to change the administration of this now, but requiring everybody to reregister obviously creates a bit of a tactical problem.  I don't understand why the people who already are receiving benefits cannot be deemed to have reregistered under your new regime.  It seems to me maybe an

overly simple thing to say, but that would solve all of these problems.

Instead, you're requiring everybody to reregister and I think that's the essence of the concerns that we have, should they have time to do it, are they allowed some additional time under the law. I think that's something we have to sort out here in the context of your preliminary injunction, but in the meantime I want these folks to get the same benefits they've been getting all of these years.

I don't understand why we can't simply say that and why it is that we're going to get involved in parsing certain groups and some get the benefits and some don't get benefits. It doesn't make any sense to me, unless you can talk me out of it. If you want me to issue a further order that simply says that whoever is receiving benefits now continues to get them until we're together on Friday, I'll do that.

MS. BUCHALTER: Your Honor, this is Samantha Buchalter representing defendant. As Your Honor is aware there are third-party entities that are not party to this lawsuit. These third-party entities are the entities that contracted with the outgoing fiscal intermediaries that paid the people who have not transitioned to the PPL. There is no legal authority to direct those third-party entities, the managed care plans and the local districts, to contract with other parties.

This amendment requires substantial preparatory activities that were occurring, that included the cancellation of existing contracts between the managed care plans and the local districts and the outgoing FIs.  It also required the movement of legally required authorizations to provide --

THE COURT:  Let me interrupt you.  I get it.  You have internal dynamics at play here.  I get it.  I don't know about all of these contracts and nuances.

What I do know is that people were receiving benefits and now they're not going to be receiving benefits anymore because they have not had the time to reregister yet.

MS. BUCHALTER:  Yes.

THE COURT:  And you'll have to sort it out.  I think the State has an overriding responsibility here.

MS. LAWLESS:  Your Honor, this is Sue Lawless.  May I say something here?

THE COURT:  Say whatever you want because I'm just puzzled by it.  You have all of these contractual dynamics and everything and whatever it is; who is going to pay, who's supposed to pay, but I think the State has the overriding obligation to foot the bill in the meantime.  However you do it is something I really don't care about.

MS. LAWLESS:  Your Honor, DOH agrees that we have the obligation to foot the bill.  If we could have just automatically switched everyone's authorization from one FI to

another, we would have done that, of course.  Absolutely we would have done that.

The reason we didn't have the ability to do that is that under state law when someone participates in CD PAP, they have to enter into an MOU with the FI.  That's under state law.  The other issue is that because this system before was so decentralized --

THE COURT:  I get it.  There's state law and all of these things.

MS. LAWLESS:  We didn't have the information even to do that, Your Honor, because the FI's had the information.

MS. BUCHALTER:  Your Honor, they wouldn't give it to us.

THE COURT:  That is unfortunate, but, you know, you will have to straighten this out one way or the other, but in the meantime we're going to provide health benefits for these people who have been getting it.

MS. BUCHALTER:  Your Honor --

THE COURT:  Listen to me.  The State has to find the means to do it in the meantime.  Wherever you get the funds from its your responsibility.  These people are entitled to be taken care of by the State.  You have all of these contracts and all of these arrangements and all of these state laws.

I don't question that, but we have something basic here and I really feel that the State has the obligation to

continue to provide benefits for these people who need them because the overriding state law says that they are entitled to these benefits.

How it all works out internally with contracts here or there, I mean, I don't know what to say about that, but I can't penalize these people because of that in the meantime. It seems to me the wrong thing to do and you're going to have to just find out where the money is to do this in the interim while you work everything out.

We're talking about doing this until Friday. You can tell me more things and I will look at your papers. In the meantime, these people are entitled to live and they're entitled to get these basic health benefits. Maybe I'm just oversimplifying it, but that's going to be the order I'm going to issue. I just wanted to give you the courtesy of talking to the Court.

MS. BUCHALTER: Your Honor --

THE COURT: The problem is since you're not in court, the court reporter is having a hellish time making a record. You're going to have to discipline yourself like I am trying to do, to talk one at a time and to talk slowly because otherwise we can't do what you all want to do which is get a record of this.

Go ahead.

MS. BUCHALTER: Your Honor, this is Samantha

Buchalter.  If I may, we understand Your Honor's intent.  We would request that the Court issue language that directs -- that orders DOH to direct the managed care organizations and local districts of Social Services to pay PPL or to order the language -- and to further order that DOH direct PPL to pay all personal assistants.  This is the proposal that we made to plaintiff on Monday.

THE COURT:  Go slow.  We're not going to be able to get this done.

You told me that these people are not before the court.  You're asking me to make an order to direct people who are not before me to do things.  How am I supposed to do that?

MS. BUCHALTER:  No, Your Honor.  DOH has no legal authority to direct the local district and the managed care organizations to a contract with other parties or pay other parties absent a court order.  So we ask again that the Court --

THE COURT:  Okay, let me suggest this.  What you're saying is that you don't have the legal authority to make these people to belly up to the bar, but the Court order can accomplish that, I think is what you're saying.

MS. BUCHALTER:  Yes, Your Honor.  If the Court directs DOH to do so.

THE COURT:  So, let me speak to the plaintiff.  Stop for a second.  Let me speak to the plaintiffs.

Is there anything wrong with my doing that?

MS. CLEARY:  Lisa Cleary from Patterson Belknap.

It's important for the Court to understand that there are different categories of consumers who are entitled to CDPAP services being harmed by the program that the Department of Health is trying to implement.

One is certainly the bucket that we've been discussing this afternoon, which is the consumers who have not yet begun the process of enrollment in the PPL fiscal intermediary enrollment process.

THE COURT:  Ms. Cleary, let me interrupt you.  I could care less about the buckets.  They're all entitled to be compensated and to be beneficiaries, yes or no?  I don't care about the bucket they fall into.

MS. CLEARY:  Yes, Your Honor.  We completely agree, but what has happened is that not only have the consumers who have not yet begun enrollment being deprived of the services, but those who are either in completion of the process, in the middle of the process or at the end awaiting confirmation of the process.

Under the PPL regime those workers, many of them, are not being paid because PPL is not equipped to make payroll payments.

THE COURT:  I am going to order them all to be compensated.  So what's wrong with that?  But your adversary

is saying they want to have some help from the Court.  They want me to direct these people to have to belly up to the bar.  I think that's what they're saying; it will help them out and it would make it easier for them.

And you're saying we should not do that?

MS. CLEARY:  You should do it, but the problem is that under the system and regime of PPL as it currently exists, those workers can't be paid because PPL won't take them as employees until they go through a registration process.  So they will be working for free until the PPL process is completed and that's why we're so concerned about that bucket of people --

THE COURT:  I think we're talking about different things and we're really, really making things more complicated than I can understand.  You do not want me to direct that everybody get benefits?

MS. JOIS:  Your Honor, this is Elizabeth Jois from the New York Legal Assistance Group.

I think I may be able to clarify --

THE COURT:  I want to cut through this.  It's getting me a little bit nuts here now.  I either issue an order that says everybody gets paid, I don't want to hear anything else, or I try to accommodate the State if I can do that without having detrimental impact upon the folks who are entitled to get paid.  Those are my two choices and if I can

help the State out in that respect, I'm willing to do that. They have some practical problems obviously.

That's all we're talking about, Ms. Cleary. I don't need to know about your buckets.

MS. JOIS: Your Honor, this is my clarification --

THE COURT: Who is talking now?

MS. JOIS: This is Elizabeth Jois of the New York Legal Assistance Group on behalf of plaintiff. What the State is asking is that you order them to ensure that PPL pays all workers and what we're trying to explain is that's not feasible. PPL does not have the information to pay those workers. There is an entity that has the information and those were the fiscal intermediaries that existed on May 31st. They were making payroll, they had the information, they knew their employees' immigration requirements. They're providing worker's compensation. They were functioning.

We are asking if you will order DOH to order all of the managed care organizations to contract with those fiscal intermediaries that we know can make payroll. We're very concerned that if you order DOH to have PPL pay everyone, payroll will not be met. They don't have bank account information. They don't --

THE COURT: I get it. What's wrong with me simply making it simple and leave it into the hands of the State? They get the responsibilities. They know what to do. I'm

just going to order that these people get paid.  Leave it for the State to figure out how they do that.  I don't want to get involved in all of these aspects at the present time.  I don't think that I have to do that.

MS. JOIS:  Your Honor, this is Elizabeth Jois.  I know that Your Honor said he was giving the State discretion to make sure that people have care and I can tell you that I have received hundreds of phone calls in the last two days from people who are not getting care.  So, we don't trust the State to --

MS. LAWLESS:  Your Honor, the State is getting those calls too.  I mean, there's mass confusion right now and the State is proposing to the Court what the State needs in order to pay -- pay in that group of 20,000 who haven't registered yet.  So we are representing to the Court, this is the only legal way we can think of that we can pay for everyone's services and we have some language that Sam can propose to the Court on that.

MS. CLEARY:  Excuse me, Your Honor.  That does not address the totality of the workers we're talking about.  That addresses a small population.  We want a problem solved to get all of the workers paid.  That's the solution we need to State -- the Department of Health --

THE COURT:  Listen, I think we've gone far enough.

I will issue an order saying that everyone needs to

get paid and the State has the responsibility to make it happen. Whatever happens, happens. I can't do better than that. We'll see you Friday. I appreciate the conversations, but I think simplicity here is what I have to deal with.

I'm going to try to keep it as simple as possible. Let's see what happens. I will see you on Friday.

MS. CLEARY: Before you go, the state Attorney General made an application to permit the submissions to be made on or before midnight tonight on behalf of all parties.

Do we have your permission to do so instead of the 5 o'clock deadline set on Monday?

THE COURT: When do you want to do it by?

MS. CLEARY: By midnight tonight, Your Honor.

THE COURT: I think I did say that.

Look, folks, this is not simple stuff in the long run. I get it. But in the short run, these people have to get paid. The State has the obligation. However you do it, it's up to you and if you're not doing it, we'll have to deal with the fallout. Hopefully we'll get these people promptly taken care of for a couple of days and maybe even longer.

We will see you on Friday. I'm looking forward to your submissions tonight. We'll issue a simple order now and I appreciate your concerns. I get a sense of what they are. I understand it, but if I do anything more than simply saying that these people are all going to get paid, the State has the

responsibility to make that happen, I think that's all I can do right now and we'll untangle this in the future, hopefully, but in the meantime, I look forward to seeing you on Friday.

MS. CLEARY:  Thank you much, Your Honor.

MS. JOIS:  Thank you very much, Your Honor.

THE COURT:  It's not easy, but we'll do the best we can.

MS. BUCHALTER:  Thank you, Your Honor.

THE COURT:  Thank you.

(Matter adjourned.)

- ooOoo -

# 1

**100** [1] - 1:15
**10004** [1] - 1:16
**10005** [1] - 1:18
**10036** [1] - 1:13
**11201** [1] - 1:22
**1133** [1] - 1:12
**19th** [1] - 1:15

# 2

**2** [1] - 1:6
**20,000** [1] - 13:14
**2025** [1] - 1:6
**225** [1] - 1:22
**24** [1] - 3:9
**25CV1689(FB** [1] - 1:3
**28** [1] - 1:18

# 3

**31st** [1] - 12:13

# 4

**4** [1] - 2:20
**4:00** [1] - 1:7

# 5

**5** [1] - 14:10

# 6

**600** [1] - 3:23

# A

**ability** [1] - 7:3
**able** [3] - 2:19, 9:8, 11:19
**absent** [1] - 9:16
**absolutely** [1] - 7:1
**accommodate** [1] - 11:23
**accomplish** [1] - 9:21
**account** [1] - 12:21
**activities** [1] - 6:2
**additional** [1] - 5:6
**address** [1] - 13:20
**addresses** [1] - 13:21
**adjourned** [1] - 15:11
**administration** [1] - 4:21
**adversary** [1] - 10:25

**adverse** [1] - 3:25
**afternoon** [2] - 2:15, 10:8
**agree** [1] - 10:15
**agrees** [1] - 6:23
**ahead** [1] - 8:24
**Aided** [1] - 1:24
**allowed** [1] - 5:5
**amendment** [1] - 6:1
**Americas** [1] - 1:12
**appearances** [1] - 2:8
**application** [1] - 14:8
**applications** [1] - 3:5
**appreciate** [2] - 14:3, 14:23
**April** [1] - 1:6
**arrangements** [1] - 7:23
**AS** [1] - 1:5
**aspects** [1] - 13:3
**Assistance** [4] - 2:13, 2:14, 11:18, 12:8
**ASSISTANCE** [1] - 1:15
**assistants** [1] - 9:6
**attention** [1] - 2:22
**ATTORNEY** [1] - 1:17
**Attorney** [2] - 2:17, 14:7
**authority** [3] - 5:23, 9:14, 9:19
**authorization** [1] - 6:25
**authorizations** [1] - 6:5
**automatically** [1] - 6:25
**Avenue** [1] - 1:12
**awaiting** [1] - 10:19
**aware** [1] - 5:18

# B

**bank** [1] - 12:21
**bar** [2] - 9:20, 11:2
**basic** [2] - 7:24, 8:13
**BEFORE** [1] - 1:9
**begin** [1] - 2:7
**begun** [2] - 10:9, 10:17
**behalf** [2] - 12:8, 14:9
**BELKNAP** [1] - 1:12
**Belknap** [2] - 2:10, 10:2
**belly** [2] - 9:20, 11:2
**beneficiaries** [1] - 10:13
**benefits** [16] - 3:22, 3:25, 4:4, 4:18, 4:24, 5:9, 5:12, 5:15, 6:10, 7:16, 8:1, 8:3, 8:13, 11:16
**best** [1] - 15:6
**better** [1] - 14:2
**between** [1] - 6:3
**bill** [2] - 6:21, 6:24
**bit** [2] - 4:23, 11:21
**BLOCK** [2] - 1:9, 2:2
**brainer** [1] - 4:8
**breathing** [3] - 3:4, 3:18, 4:3
**brief** [1] - 4:3
**Brill** [1] - 2:11

**Brooklyn** [1] - 1:5
**BUCHALTER** [11] - 1:19, 2:15, 5:17, 6:12, 7:12, 7:18, 8:17, 8:25, 9:13, 9:22, 15:8
**Buchalter** [3] - 2:16, 5:18, 9:1
**bucket** [3] - 10:7, 10:14, 11:12
**buckets** [2] - 10:12, 12:4
**BY** [2] - 1:13, 1:19
**BY:ELIZABETH** [1] - 1:16

# C

**Cadman** [1] - 1:22
**Caitlin** [1] - 2:10
**CAITLIN** [1] - 1:13
**cancellation** [1] - 6:2
**cannot** [1] - 4:24
**CAPACITY** [1] - 1:5
**care** [12] - 5:24, 6:3, 6:22, 7:22, 9:3, 9:14, 10:12, 10:13, 12:18, 13:7, 13:9, 14:20
**case** [1] - 2:21
**categories** [1] - 10:4
**CD** [1] - 7:4
**CDPAP** [1] - 10:5
**certain** [1] - 5:11
**certainly** [1] - 10:7
**chance** [1] - 3:18
**change** [1] - 4:21
**chat** [1] - 2:24
**check** [1] - 4:16
**choices** [1] - 11:25
**circumstances** [1] - 3:13
**civil** [1] - 2:3
**clarification** [1] - 12:5
**clarify** [1] - 11:19
**clearly** [1] - 3:12
**CLEARY** [9] - 1:14, 2:9, 10:2, 10:15, 11:6, 13:19, 14:7, 14:13, 15:4
**Cleary** [4] - 2:10, 10:2, 10:11, 12:3
**colleague** [2] - 2:10, 2:13
**COMMISSIONER** [1] - 1:6
**compensated** [2] - 10:13, 10:25
**compensation** [1] - 12:16
**completed** [1] - 11:11
**completely** [1] - 10:15
**completion** [1] - 10:18
**complicated** [1] - 11:14
**Computer** [1] - 1:24
**Computer-Aided** [1] - 1:24
**concerned** [2] - 11:11, 12:20
**concerns** [3] - 2:23, 5:4, 14:23
**conference** [1] - 2:4
**CONFERENCE** [1] - 1:9
**confirmation** [1] - 10:19
**confusion** [1] - 13:12
**considering** [2] - 2:21, 3:19
**consolidated** [1] - 4:14

consumers [3] - 10:4, 10:8, 10:16
context [2] - 4:6, 5:7
continue [1] - 8:1
continues [1] - 5:15
contract [3] - 5:24, 9:15, 12:18
contracted [1] - 5:21
contracts [4] - 6:3, 6:8, 7:22, 8:4
contractual [1] - 6:18
conversations [1] - 14:3
convinced [1] - 3:7
counsel [2] - 2:5, 2:7
couple [2] - 3:14, 14:20
course [1] - 7:1
COURT [23] - 1:1, 2:19, 6:6, 6:13, 6:17, 7:8, 7:14, 7:19, 8:18, 9:8, 9:18, 9:24, 10:11, 10:24, 11:13, 11:20, 12:6, 12:23, 13:24, 14:12, 14:14, 15:6, 15:9
Court [11] - 1:22, 8:16, 9:2, 9:17, 9:20, 9:22, 10:3, 11:1, 13:13, 13:15, 13:18
court [7] - 2:1, 2:6, 3:15, 8:19, 9:11, 9:16
courtesy [1] - 8:15
Courthouse [1] - 1:4
COURTROOM [1] - 2:3
creates [1] - 4:22
cut [1] - 11:20

## D

days [3] - 3:14, 13:8, 14:20
deadline [1] - 14:11
deal [3] - 4:15, 14:4, 14:18
dealing [2] - 4:1, 4:7
decentralized [1] - 7:7
deemed [1] - 4:24
defendant [3] - 1:7, 2:17, 5:18
Defendant [1] - 1:17
deny [1] - 3:5
DEPARTMENT [1] - 1:6
Department [4] - 1:20, 2:18, 10:6, 13:23
deprived [1] - 10:17
DEPUTY [1] - 2:3
despite [1] - 3:9
detrimental [1] - 11:24
different [2] - 10:4, 11:13
direct [7] - 5:23, 9:3, 9:5, 9:11, 9:14, 11:2, 11:15
directs [2] - 9:2, 9:23
discipline [1] - 8:20
discretion [1] - 13:6
discussing [1] - 10:8
DISTRICT [2] - 1:1, 1:1
district [1] - 9:14
districts [3] - 5:24, 6:4, 9:4
DOH [7] - 6:23, 9:3, 9:5, 9:13, 9:23, 12:17, 12:20
done [3] - 7:1, 7:2, 9:9

dynamics [3] - 3:19, 6:7, 6:18

## E

easier [1] - 11:4
East/Brooklyn [1] - 1:22
EASTERN [1] - 1:1
easy [1] - 15:6
effort [1] - 3:15
either [2] - 10:18, 11:21
eleventh [2] - 3:2, 3:5
eleventh-hour [1] - 3:5
Elizabeth [4] - 2:12, 11:17, 12:7, 13:5
Emma [1] - 2:11
employees [1] - 11:9
employees' [1] - 12:15
end [2] - 3:17, 10:19
ENGESSER [1] - 1:3
Engesser [1] - 2:4
enrollment [3] - 10:9, 10:10, 10:17
ensure [1] - 12:9
enter [1] - 7:5
entities [4] - 5:19, 5:20, 5:23
entitled [7] - 7:21, 8:2, 8:12, 8:13, 10:4, 10:12, 11:25
entity [1] - 12:12
equipped [1] - 10:22
escapes [1] - 4:2
ESQ [4] - 1:13, 1:14, 1:16, 1:19
essence [1] - 5:4
exception [1] - 3:9
Excuse [1] - 13:19
existed [1] - 12:13
existing [1] - 6:3
exists [1] - 11:8
explain [1] - 12:10
expressed [1] - 3:12

## F

fact [3] - 2:21, 3:9, 4:20
fall [1] - 10:14
fallout [1] - 14:19
far [1] - 13:24
feasible [1] - 12:11
FI [2] - 6:25, 7:5
FI's [1] - 7:11
figure [1] - 13:2
first [1] - 3:1
FIs [1] - 6:4
fiscal [4] - 5:21, 10:9, 12:13, 12:18
Floor [1] - 1:15
folks [5] - 3:16, 4:3, 5:8, 11:24, 14:15
foot [2] - 6:21, 6:24
forward [2] - 14:21, 15:3
fraudulent [1] - 4:18
FREDERIC [2] - 1:9, 2:2

free [1] - 11:10
Friday [9] - 3:15, 3:17, 4:7, 5:16, 8:10, 14:3, 14:6, 14:21, 15:3
functioning [1] - 12:16
funds [1] - 7:20
future [1] - 15:2

## G

garden [1] - 4:15
General [2] - 2:17, 14:8
GENERAL [1] - 1:17
glad [1] - 2:19
GROUP [1] - 1:15
group [1] - 13:14
Group [4] - 2:13, 2:14, 11:18, 12:8
groups [1] - 5:12
guess [1] - 4:10

## H

hands [1] - 12:24
harmed [1] - 10:5
hastily [1] - 3:13
HEALTH [1] - 1:6
health [4] - 3:8, 3:25, 7:16, 8:13
Health [4] - 1:20, 2:18, 10:6, 13:23
hear [1] - 11:22
hellish [1] - 8:19
help [3] - 11:1, 11:3, 12:1
HIS [1] - 1:5
Hon [1] - 2:2
Honor [23] - 2:15, 5:17, 5:18, 6:15, 6:23, 7:11, 7:12, 7:18, 8:17, 8:25, 9:13, 9:22, 10:15, 11:17, 12:5, 13:5, 13:6, 13:11, 13:19, 14:13, 15:4, 15:5, 15:8
Honor's [1] - 9:1
HONORABLE [1] - 1:9
hopefully [2] - 14:19, 15:2
hour [3] - 3:2, 3:3, 3:5
hours [1] - 3:9
hundreds [1] - 13:8

## I

immigration [1] - 12:15
impact [1] - 11:24
implement [1] - 10:6
important [1] - 10:3
IN [1] - 1:5
included [1] - 6:2
information [6] - 7:10, 7:11, 12:11, 12:12, 12:14, 12:22
injunction [2] - 4:6, 5:8
instead [3] - 4:14, 5:3, 14:10
intent [1] - 9:1

**intention** [4] - 3:11, 3:21, 4:2, 4:7
**interim** [1] - 8:8
**intermediaries** [3] - 5:21, 12:13, 12:19
**intermediary** [1] - 10:10
**internal** [1] - 6:7
**internally** [1] - 8:4
**interrupt** [2] - 6:6, 10:11
**involved** [5] - 2:23, 3:8, 3:20, 5:11, 13:3
**issue** [7] - 5:14, 7:6, 8:15, 9:2, 11:21, 13:25, 14:22
**issues** [3] - 2:23, 3:8, 3:25

# J

**JAMES** [1] - 1:5
**James** [1] - 2:17
**joined** [1] - 2:13
**JOIS** [7] - 1:16, 2:12, 11:17, 12:5, 12:7, 13:5, 15:5
**Jois** [4] - 2:12, 11:17, 12:7, 13:5
**JUDGE** [1] - 1:10
**Julia** [1] - 2:13

# K

**keep** [3] - 3:13, 3:24, 14:5
**knows** [2] - 2:6, 4:19

# L

**language** [3] - 9:2, 9:5, 13:17
**last** [1] - 13:8
**law** [5] - 5:6, 7:4, 7:6, 7:8, 8:2
**LAWLESS** [5] - 1:20, 6:15, 6:23, 7:10, 13:11
**Lawless** [2] - 2:18, 6:15
**laws** [1] - 7:23
**lawsuit** [1] - 5:20
**leave** [2] - 12:24, 13:1
**LEGAL** [1] - 1:15
**legal** [4] - 5:23, 9:13, 9:19, 13:16
**Legal** [4] - 2:13, 2:14, 11:18, 12:8
**legally** [1] - 6:5
**LEIGH** [1] - 1:19
**less** [2] - 3:10, 10:12
**Liberty** [1] - 1:18
**llSA** [1] - 1:14
**Lisa** [2] - 2:9, 10:2
**listen** [2] - 7:19, 13:24
**live** [1] - 8:12
**LIZA** [1] - 1:3
**LLP** [1] - 1:12
**local** [4] - 5:24, 6:4, 9:4, 9:14
**logic** [1] - 4:1
**logical** [1] - 4:1
**look** [4] - 3:1, 8:11, 14:15, 15:3

**looking** [1] - 14:21

# M

**managed** [5] - 5:24, 6:3, 9:3, 9:14, 12:18
**mass** [1] - 13:12
**Matter** [1] - 15:11
**MCDONALD** [1] - 1:5
**McDonald** [2] - 2:4, 2:17
**mean** [2] - 8:5, 13:12
**means** [1] - 7:20
**meantime** [7] - 5:8, 6:21, 7:16, 7:20, 8:6, 8:12, 15:3
**mechanical** [1] - 1:23
**met** [1] - 12:21
**middle** [1] - 10:19
**midnight** [2] - 14:9, 14:13
**Mike** [1] - 2:9
**Monday** [2] - 9:7, 14:11
**money** [1] - 8:8
**MOU** [1] - 7:5
**move** [1] - 3:15
**movement** [1] - 6:5
**MS** [26] - 2:9, 2:15, 5:17, 6:12, 6:15, 6:23, 7:10, 7:12, 7:18, 8:17, 8:25, 9:13, 9:22, 10:2, 10:15, 11:6, 11:17, 12:5, 13:5, 13:11, 13:19, 14:7, 14:13, 15:4, 15:5, 15:8

# N

**name** [1] - 2:5
**need** [3] - 8:1, 12:4, 13:22
**needle** [1] - 3:16
**needs** [2] - 13:13, 13:25
**NEW** [2] - 1:1, 1:6
**new** [1] - 4:25
**New** [10] - 1:5, 1:13, 1:15, 1:16, 1:18, 2:12, 2:14, 2:16, 11:18, 12:7
**no-brainer** [1] - 4:8
**NOLAN** [1] - 1:22
**NolanEDNY@aol.com** [1] - 1:23
**nonetheless** [1] - 3:11
**nuances** [2] - 4:9, 6:8
**nuts** [1] - 11:21
**NY** [4] - 1:13, 1:16, 1:18, 1:22
**NYS** [1] - 1:17

# O

**o'clock** [1] - 14:11
**obligation** [4] - 6:21, 6:24, 7:25, 14:17
**obvious** [1] - 3:6
**obviously** [3] - 3:20, 4:22, 12:2
**occurring** [1] - 6:2
**OF** [5] - 1:1, 1:6, 1:6, 1:9, 1:17

**OFFICE** [1] - 1:17
**Office** [1] - 2:16
**old** [1] - 3:23
**one** [5] - 4:14, 6:25, 7:15, 8:21, 10:7
**ooOoo** [1] - 15:12
**open** [1] - 2:1
**order** [18] - 3:12, 5:14, 8:14, 9:4, 9:5, 9:11, 9:16, 9:20, 10:24, 11:22, 12:9, 12:17, 12:20, 13:1, 13:13, 13:25, 14:22
**orders** [1] - 9:3
**organizations** [3] - 9:3, 9:15, 12:18
**otherwise** [1] - 8:22
**outgoing** [2] - 5:21, 6:4
**overly** [1] - 5:1
**overriding** [3] - 6:14, 6:20, 8:2
**oversimplifying** [1] - 8:14

# P

**p.m** [1] - 1:7
**paid** [10] - 5:21, 10:22, 11:8, 11:22, 11:25, 13:1, 13:22, 14:1, 14:17, 14:25
**PAP** [1] - 7:4
**papers** [2] - 3:16, 8:11
**parsing** [1] - 5:11
**participates** [1] - 7:4
**parties** [4] - 5:25, 9:15, 9:16, 14:9
**party** [4] - 5:19, 5:20, 5:23
**Patterson** [2] - 2:10, 10:2
**PATTERSON** [1] - 1:12
**pay** [10] - 6:19, 6:20, 9:4, 9:5, 9:15, 12:11, 12:20, 13:14, 13:16
**payments** [1] - 10:23
**payroll** [4] - 10:22, 12:14, 12:19, 12:21
**pays** [1] - 12:9
**Pearl** [1] - 1:15
**penalize** [1] - 8:6
**people** [22] - 4:11, 4:17, 4:23, 5:22, 6:9, 7:17, 7:21, 8:1, 8:6, 8:12, 9:10, 9:11, 9:20, 11:2, 11:12, 13:1, 13:7, 13:9, 14:16, 14:19, 14:25
**period** [1] - 4:3
**permission** [1] - 14:10
**permit** [1] - 14:8
**personal** [1] - 9:6
**phone** [1] - 13:8
**plaintiff** [3] - 9:7, 9:24, 12:8
**Plaintiff** [1] - 1:12
**plaintiff's** [1] - 2:7
**plaintiffs** [1] - 9:25
**plans** [2] - 5:24, 6:3
**play** [1] - 6:7
**Plaza** [1] - 1:22
**population** [1] - 13:21
**possible** [1] - 14:5
**PPL** [12] - 5:22, 9:4, 9:5, 10:9, 10:21, 10:22, 11:7, 11:8, 11:10, 12:9, 12:11,

12:20
**practical** [1] - 12:2
**preliminary** [2] - 4:6, 5:7
**preparatory** [1] - 6:1
**present** [1] - 13:3
**presiding** [1] - 2:2
**pretty** [1] - 3:1
**problem** [4] - 4:23, 8:18, 11:6, 13:21
**problems** [2] - 5:2, 12:2
**Proceedings** [1] - 1:23
**process** [7] - 10:9, 10:10, 10:18, 10:19, 10:20, 11:10, 11:11
**produced** [1] - 1:24
**program** [1] - 10:5
**promptly** [1] - 14:19
**proposal** [1] - 9:6
**propose** [1] - 13:17
**proposing** [1] - 13:13
**provide** [3] - 6:5, 7:16, 8:1
**providing** [1] - 12:15
**public** [2] - 2:23, 3:8
**put** [1] - 3:2
**puzzled** [2] - 4:10, 6:18

# Q

**quo** [1] - 3:14

# R

**rational** [1] - 4:5
**real** [1] - 3:25
**really** [7] - 3:8, 3:15, 6:22, 7:25, 11:14
**reason** [2] - 4:13, 7:3
**reasoned** [1] - 4:5
**reasons** [2] - 3:6, 4:16
**received** [1] - 13:8
**receiving** [6] - 3:22, 4:18, 4:24, 5:15, 6:9, 6:10
**record** [3] - 2:25, 8:20, 8:23
**recorded** [1] - 1:23
**regime** [3] - 4:25, 10:21, 11:7
**registered** [3] - 3:22, 4:12, 13:14
**registration** [1] - 11:9
**Reporter** [1] - 1:22
**reporter** [2] - 2:6, 8:19
**representing** [3] - 2:17, 5:18, 13:15
**request** [1] - 9:2
**required** [3] - 4:11, 6:4, 6:5
**requirements** [1] - 12:15
**requires** [1] - 6:1
**requiring** [2] - 4:22, 5:3
**reregister** [4] - 4:12, 4:22, 5:3, 6:11
**reregistered** [1] - 4:25
**respect** [1] - 12:1
**responsibilities** [1] - 12:25
**responsibility** [4] - 6:14, 7:21, 14:1, 15:1

**room** [1] - 3:18
**ROSS** [1] - 1:13
**Ross** [1] - 2:11
**ruling** [1] - 3:3
**run** [2] - 14:16
**Russell** [1] - 2:14

# S

**Sam** [1] - 13:17
**Samantha** [3] - 2:16, 5:17, 8:25
**SAMANTHA** [1] - 1:19
**second** [1] - 9:25
**see** [6] - 3:17, 3:18, 14:3, 14:6, 14:21
**seeing** [1] - 15:3
**SENIOR** [1] - 1:10
**sense** [2] - 5:13, 14:23
**sensible** [1] - 3:19
**serious** [1] - 3:8
**Services** [1] - 9:4
**services** [3] - 10:5, 10:17, 13:17
**set** [1] - 14:11
**short** [1] - 14:16
**simple** [5] - 5:1, 12:24, 14:5, 14:15, 14:22
**simplicity** [1] - 14:4
**simply** [5] - 3:21, 5:10, 5:14, 12:23, 14:24
**slow** [1] - 9:8
**slowly** [1] - 8:21
**small** [1] - 13:21
**Social** [1] - 9:4
**solution** [1] - 13:22
**solve** [1] - 5:1
**solved** [1] - 13:21
**someone** [1] - 7:4
**SOPHIE** [1] - 1:22
**sophisticated** [1] - 4:8
**sort** [2] - 5:7, 6:13
**space** [1] - 3:4
**speaking** [1] - 2:6
**STATE** [1] - 1:6
**State** [21] - 2:16, 4:20, 6:14, 6:20, 7:19, 7:22, 7:25, 11:23, 12:1, 12:8, 12:24, 13:2, 13:6, 13:10, 13:11, 13:13, 13:23, 14:1, 14:17, 14:25
**state** [7] - 2:5, 7:4, 7:5, 7:8, 7:23, 8:2, 14:7
**STATES** [2] - 1:1, 1:10
**States** [1] - 1:4
**status** [1] - 3:14
**stenography** [1] - 1:23
**stop** [1] - 9:24
**straighten** [1] - 7:15
**Street** [2] - 1:15, 1:18
**stuff** [2] - 4:18, 14:15
**submissions** [2] - 14:8, 14:22
**submit** [1] - 3:16

**substantial** [1] - 6:1
**Sue** [1] - 6:15
**sufficient** [1] - 4:16
**suggest** [1] - 9:18
**superficially** [1] - 4:11
**supposed** [2] - 6:20, 9:12
**Susan** [1] - 2:18
**SUSAN** [1] - 1:20
**switched** [1] - 6:25
**system** [3] - 3:23, 7:6, 11:7

# T

**tactical** [1] - 4:23
**telephone** [2] - 2:3, 2:20
**TELEPHONIC** [1] - 1:9
**ten** [1] - 2:20
**tendency** [1] - 3:5
**THE** [27] - 1:5, 1:6, 1:9, 1:17, 2:3, 2:19, 6:6, 6:13, 6:17, 7:8, 7:14, 7:19, 8:18, 9:8, 9:18, 9:24, 10:11, 10:24, 11:13, 11:20, 12:6, 12:23, 13:24, 14:12, 14:14, 15:6, 15:9
**they've** [2] - 4:4, 5:9
**third** [3] - 5:19, 5:20, 5:23
**third-party** [3] - 5:19, 5:20, 5:23
**today** [1] - 3:17
**together** [1] - 5:16
**tonight** [3] - 14:9, 14:13, 14:22
**totality** [1] - 13:20
**transcript** [1] - 1:23
**TRANSCRIPT** [1] - 1:9
**Transcription** [1] - 1:24
**transitioned** [1] - 5:22
**tree** [1] - 4:14
**trees** [1] - 4:15
**trust** [1] - 13:9
**try** [3] - 3:13, 11:23, 14:5
**trying** [3] - 8:21, 10:6, 12:10
**two** [2] - 11:25, 13:8
**TYLER** [1] - 1:12
**types** [1] - 3:5

# U

**under** [9] - 3:13, 3:23, 4:14, 4:25, 5:6, 7:4, 7:5, 10:21, 11:7
**unfortunate** [1] - 7:14
**UNITED** [2] - 1:1, 1:10
**United** [1] - 1:4
**units** [1] - 3:23
**unless** [1] - 5:13
**untangle** [1] - 15:2
**up** [3] - 9:20, 11:2, 14:18

# W

**WEBB** [1] - 1:12
**Wednesday** [1] - 1:6
**whole** [1] - 4:14
**willing** [1] - 12:1
**wish** [1] - 3:3
**witching** [1] - 3:3
**worker's** [1] - 12:16
**workers** [6] - 10:21, 11:8, 12:10, 12:12, 13:20, 13:22
**works** [1] - 8:4

# Y

**years** [1] - 5:9
**YORK** [2] - 1:1, 1:6
**York** [10] - 1:5, 1:13, 1:15, 1:16, 1:18, 2:12, 2:14, 2:16, 11:18, 12:7
**yourself** [1] - 8:20