



| **Direct Contact** | **Overnight Delivery Address** | **Mailing Address** |
|---|---|---|
| Phone: (202) 532-4723 | 450 Fifth Street, NW | P.O. Box 386 |
| Email: Patrick.R.Runkle@usdoj.gov | Sixth Floor South | Washington, D.C. 20044-0386 |
| Fax: (202) 514-8742 | Washington, D.C. 20001 | |

October 2, 2025

*VIA ECF*

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    *Engesser et al. v. McDonald,* 25-cv-1689-FB-LKE

Dear Judge Block:

      The United States has evaluated the proposed settlement and appreciates the Court giving the Government the 90-day statutory period to do so. While the United States retains numerous concerns about the CDPAP transition, as discussed in its Statement of Interest, the United States does not raise additional objections at this time, for two primary reasons: *First*, the United States acknowledges that the Court has already overruled objections similar to those that it might raise, and therefore does not wish to waste judicial resources to have the Court reconsider those issues. *Second*, and more importantly, the United States understands that: (a) the class now consists of only approximately 15,000 CDPAP patients, which is a small subset of the larger population; (b) the settlement does not extinguish the claims of many or most CDPAP consumers who lost their CDPAP services around the time of the transition; (c) the settlement does not cover any potential claims of personal assistants in the CDPAP program; and (d) the settlement does not extinguish any claims arising from sources of law other than those in the *Engesser* complaint, Dkt. No. 146 at 6.

      Best,

Patrick Runkle
Assistant Director