

www.pbwt.com

December 4, 2025

Lisa E. Cleary
Partner
(212) 336-2159
(212) 336-2366 Direct Fax
lecleary@pbwt.com

**VIA ECF**

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

> Re:    ***Engesser et al. v. McDonald***,
> **Civil Action No. 25-cv-01689 (FB) (LKE)**

Dear Judge Block:

We represent Plaintiffs in the above-captioned matter.  We respectfully write regarding an administrative matter in connection with the Parties' Supplemental Stipulation of Class Action Settlement, General Release, and Order of Dismissal Regarding Attorney's Fees, Costs, Disbursements, and Expenses ("Supplemental Stipulation") (ECF No. 130-2).

The Supplemental Stipulation provides that interest for nonpayment of the Parties' stipulated fee award will begin to accrue on the 121st day "after receipt by the Office of the New York State Attorney General (OAG) of a 'So Ordered' copy of the [Stipulation, ECF No. 141, and Supplemental Stipulation], entered into the record by the Clerk of Court, together with all documentation required under Paragraph 2 of this Supplemental Stipulation."  ECF No. 130-2 ¶ 3.  Pursuant to the Court's August 12, 2025 Order Granting Final Approval of the Class Action Settlement, its orders approving both stipulations became final on October 3, 2025.  ECF No. 143; *cf.* ECF No. 151.

Because the Clerk of Court has not yet entered these orders into the record, Plaintiffs respectfully request that the Court direct the Clerk of Court to do so.  We appreciate the Court's continued attention to this matter.

Respectfully yours,

Lisa E. Cleary

cc: (All by ECF)
    Caitlin Ross
    Emma Brill
    Rachel Summer, NYAG

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222

16168994

Honorable Frederic Block
December 4, 2025
Page 2


Meaghan Brennan, NYAG
Samantha Buchalter, NYAG
Elizabeth Jois, NYLAG
Julia Russell, NYLAG

16168994