UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LIZA ENGESSER, MARISOL GETCHIUS, GEETANJALI SEEPERSAUD by her Next Friend SAVITRI SEEPERSAUD, and MARIA JAIME on her own behalf and as Next Friend to Y.P.S. and C.P., individually and on behalf of all persons similarly situated; BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, and REGIONAL CENTER FOR INDEPENDENT LIVING,

                                        Plaintiffs,


                        -against-


JAMES V. MCDONALD, as Commissioner of the New York State Department of Health,

                                        Defendant.

---

**Case No.:** 1:25-cv-01689


**SUPPLEMENTAL STIPULATION OF CLASS ACTION SETTLEMENT, GENERAL RELEASE, AND ORDER OF DISMISSAL REGARDING ATTORNEY'S FEES, COSTS, DISBURSEMENTS, AND EXPENSES**

---

**SUPPLEMENTAL STIPULATION OF SETTLEMENT, GENERAL RELEASE,**

**AND ORDER OF DISMISSAL REGARDING ATTORNEY'S FEES, COSTS,**

**DISBURSEMENTS, AND EXPENSES** ("Supplemental Stipulation") made by and between

plaintiffs Liza Engesser, Marisol Getchius, Geetanjali Seepersaud by her Next Friend Savitri

Seepersaud, and Maria Jaime on her own behalf and as Next Friend to Y.P.S. and C.P. ("Named

Plaintiffs"), individually and on behalf of all persons similarly situated, Brooklyn Center for

Independence of the Disabled, and Regional Center for Independent Living (together with

Named Plaintiffs, "Plaintiffs"), and defendant James V. McDonald ("Defendant"), as

Commissioner of the New York State Department of Health ("DOH") as of July 25, 2025:

1

**WHEREAS,** the claims and allegations asserted in the above-captioned action, together with all related filings and proceedings, constitute "the Action"; and

**WHEREAS,** on July 5, 2025, Plaintiffs filed a Motion for Certification of Settlement Class and Preliminary Approval of Class Action Settlement, ECF No. 120, along with a Stipulation of Class Action Settlement, General Release, and Order of Dismissal ("Stipulation of Settlement") dated July 4, 2025, ECF No. 122-1; and

**WHEREAS,** the Stipulation of Settlement provided for "[a]ttorneys' fees and costs [to] be agreed upon in advance of the Fairness Hearing based on reasonable attorneys' fees and costs for Class Counsel's work advancing Plaintiffs' claims and resolving this matter," Stipulation of Settlement ¶ 10; and

**WHEREAS,** on July 7, 2025, the Court preliminarily approved the proposed Stipulation of Settlement and directed the parties to file Plaintiffs' application for an award of attorneys' fees and costs on or before July 25, 2025, Order Certifying Settlement Class, Appointing Class Counsel and Class Representatives, Preliminarily Approving Settlement, Approving Class Notice, and Scheduling Fairness Hearing, ECF No. 125; and

**WHEREAS,** the Parties have now negotiated attorneys' fees, costs, disbursements, and expenses pursuant to Paragraph 10 of the Stipulation of Settlement;

**NOW, THEREFORE,** in consideration of the mutual promises, covenants, representations, and other consideration contained in this Supplemental Stipulation and the Stipulation of Settlement, the Parties hereby stipulate and agree, and the Court orders, as follows:

1.     **<u>Payment to Plaintiffs' Attorneys.</u>** For and in consideration of Plaintiffs' execution of this Supplemental Stipulation, their agreement to be bound by its terms, and their undertakings as set forth herein including, but not limited to, the dismissal of the Action with

2

prejudice and other good and valuable consideration, the sufficiency of which is hereby

acknowledged, and subject to any reservation for payment to Medicare or other taxes, liens or

setoffs as set forth in Paragraphs 4 and 5 herein, DOH, on behalf of Defendant, shall pay the total

sum of one million fifty two thousand, six hundred and forty-four Dollars and zero Cents

($1,052,644.00), for which the Office of the New York State Comptroller shall issue any and all

appropriate Internal Revenue tax forms, to New York Legal Assistance Group ("NYLAG") and

Patterson Belknap Webb & Tyler LLP ("Class Counsel"), as follows:

a.      DOH, on behalf of Defendant, shall pay the gross sum of one million fifty

two thousand, six hundred and forty-four Dollars and zero Cents ($1,052,644.00) in full and

complete satisfaction of any and all claims, allegations, or causes of action for attorneys' fees,

costs, disbursements, and expenses incurred by Plaintiffs or Class Counsel for any and all

counsel who have at any time represented or assisted Plaintiffs in the Action, or in connection

with any other proceeding, administrative, judicial, or otherwise and any other claim or action

arising from, related to, based upon, or alleging any of the acts, transactions, occurrences, or

omissions asserted or purportedly asserted in the Action. The foregoing payment shall be made

pursuant to information to be provided to DOH and payable to:

| **Organization** | **Amount** |
|---|---|
| NYLAG<br>100 Pearl Street, 19th Floor<br>New York, New York 10004 | $472,500 |
| Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, New York 10036 | $580,144 |

2.      **State Approval of Payments.** Payment of the amount(s) specified in Paragraph 1

of this Supplemental Stipulation is conditioned upon and subject to the approval of all

3

appropriate State officials in accordance with N.Y. Pub. Off. Law § 17. Class Counsel agrees to execute and deliver all necessary and appropriate vouchers and other documentation requested with respect to obtaining such approval and effectuating payment. In the event such approval is not obtained, this Stipulation shall be null, void, and of no further force and effect, and Class Counsel may make an application to the Court seeking reasonable attorneys' fees and costs incurred. Defendant retains all rights to challenge the amount of such fees and costs.

3.  **Accrual of Interest.** In the event that payment of the amount(s) specified in Paragraph 1 of this Supplemental Stipulation has not been made by the one hundred twentieth (120th) day after receipt by the Office of the New York State Attorney General ("OAG") of a "So Ordered" copy of the Stipulation of Settlement and this Supplemental Stipulation, entered into the record by the Clerk of Court, together with all other documentation required under Paragraph 2 of this Supplemental Stipulation, interest on any part of the settlement amount not paid by the one hundred twentieth (120th) day shall accrue at the statutory rate prescribed by 28 U.S.C. § 1961, commencing on the one hundred twenty-first (121st) day after receipt by the OAG of all documentation required under Paragraph 2 of this Supplemental Stipulation.

4.  **Responsibility for Taxes.** It is understood and agreed that any taxes, or interest or penalties on taxes, which may attach to the payment(s) specified in Paragraphs 1 and 3 of this Supplemental Stipulation, by operation of law or otherwise, shall be the sole and complete responsibility of Plaintiffs and Class Counsel, and that Plaintiffs and Class Counsel shall have no claim, right or cause of action against Defendant or the State of New York (including, but not limited to, any and all present and former agencies, departments, divisions, subdivisions, subsidiaries, administrators, principals, officers, employees, directors, members, agents, attorneys, insurers, and assigns, whether in an individual or official capacity) on account of such

taxes, interest or penalties. Class Counsel agrees that they will defend, indemnify, and hold harmless Defendant and the State of New York (including, but not limited to, any and all present and former agencies, departments, divisions, subdivisions, subsidiaries, administrators, principals, officers, employees, directors, members, agents, attorneys, insurers, and assigns, whether in an individual or official capacity), in any claim, proceeding, action, or demand brought in any forum or manner, judicial, administrative or otherwise, to satisfy or for the satisfaction of any such tax or interest or penalty on such tax.

5.    **Responsibility for Liens and Setoffs.** It is understood and agreed that any liens, setoffs, deductions, or recoupments of any kind (including, but not limited to, any and all workers' compensation, tax, Medicare, Medicaid, unemployment compensation or benefits, or child support liens) which may attach to the payment(s) specified in Paragraph 1 of this Supplemental Stipulation, by operation of law or otherwise, shall be the sole and complete responsibility of Plaintiffs and Class Counsel, and that Plaintiffs and Class Counsel shall have no claim, right or cause of action against Defendant or the State of New York (including, but not limited to, any and all present and former agencies, departments, divisions, subdivisions, subsidiaries, administrators, principals, officers, employees, directors, members, agents, attorneys, insurers, and assigns, whether in an individual or official capacity) on account of such taxes, interest or penalties. Class Counsel agrees that they will defend, indemnify, and hold harmless Defendant and the State of New York (including, but not limited to, any and all present and former agencies, departments, divisions, subdivisions, subsidiaries, administrators, principals, officers, employees, directors, members, agents, attorneys, insurers, and assigns, whether in an individual or official capacity), in any claim, proceeding, action, or demand

brought in any forum or manner, judicial, administrative or otherwise, to satisfy or for the satisfaction of any such liens, setoffs, deductions, or recoupments.

6.    **Release for Attorney's Fees, Costs, Disbursements, and Expenses.** For and in consideration of the obligations specified in the Stipulation of Settlement and the Supplemental Stipulation and other good and valuable consideration, the sufficiency of which is hereby acknowledged, and except for the rights and obligations set forth in this Supplemental Stipulation, Plaintiffs and Class Members, on behalf of themselves, their heirs, executors, administrators, successors, and assigns (collectively, "the Releasing Parties"), hereby release and forever discharge Defendant, DOH, and the State of New York, together with their present and former agencies, departments, divisions, subdivisions, subsidiaries, administrators, principals, officers, employees, directors, members, agents, attorneys, insurers, and assigns, whether in an individual or official capacity, or any of them, or all of them (collectively, "the Released Parties") from all claims, causes of action, rights, or administrative charges for attorneys' fees, costs, disbursements, or expenses in this Action that the Releasing Parties ever had, or now have, against some, any, or all of the Released Parties.

7.    **Authority.** Each signatory to this Supplemental Stipulation hereby represents and warrants that they have the requisite authority to enter into this Supplemental Stipulation and have not previously assigned or transferred any rights or interests with respect to the matters covered by this Supplemental Stipulation.

8.    **Voluntary Agreement.** Plaintiffs represent that they have carefully read and fully understand all provisions of this Supplemental Stipulation. Plaintiffs represent that they have executed and delivered this Supplemental Stipulation voluntarily after being fully informed of its terms, contents, and effect, and acknowledge that they understand its terms, contents, and effect.

Plaintiffs acknowledge that no compromise or representation of any kind, other than as set forth or referred to herein, has been made to any party or anyone acting on behalf of any party.

9.      **Negotiated Agreement.** The Parties acknowledge that each party has cooperated in the drafting and preparation of this Supplemental Stipulation. The language in all parts of this Supplemental Stipulation shall be in all cases construed according to its fair meaning and not strictly for or against any party.

10.     **Binding Effect on Successors and Assigns.** The terms and conditions of this Supplemental Stipulation shall inure to the benefit of, and be binding upon, the successors and assigns of each party hereto.

11.     **Entire Agreement.** This Supplemental Stipulation constitutes the entire agreement between the Parties hereto pertaining to the subject matter hereof, and (except with respect to the Stipulation of Settlement and the Amended Preliminary Injunction, ECF No. 118, the latter of which shall continue to remain in full force and effect until it expires in accordance with its terms), supersedes and embodies, merges and integrates all prior and current agreements and understandings of the Parties hereto, whether written or oral, with respect to the subject matter of this Supplemental Stipulation, and may not be clarified, modified, changed, or amended except in a writing duly executed by the Parties hereto or an authorized representative of the Parties hereto.

12.     **Governing Law.** The terms of this Supplemental Stipulation shall be governed by, and construed in accordance with, the laws of the State of New York applicable to contracts to be performed wholly within the State of New York, except to the extent that federal law may apply to Plaintiff's release and waiver of federal claims pursuant to Paragraph 11 of the Stipulation of Settlement.

13.    **Court Approval.** If the Court disapproves this Supplemental Stipulation or any material part thereof, or if this Supplemental Stipulation is modified or reversed in any material aspect by an order or decision that is final and unappealable, then this Supplemental Stipulation shall be canceled and deemed null and void, and the Parties shall revert to their respective positions as of the date prior to their signing of this Supplemental Stipulation.

14.    **Severability.** With the exception of Paragraphs 1 (Payment to Plaintiffs' Attorneys), 2 (State Approval of Payments), 4 (Responsibility for Taxes), and 5 (Responsibility for Liens and Setoffs) of this Supplemental Stipulation, if any other provision of this Supplemental Stipulation shall be held by a court of competent jurisdiction to be invalid, void, or unenforceable in whole or in part, such decision shall not invalidate the remaining portion or affect its validity.

15.    **Effective Date of Supplemental Stipulation.** The terms and conditions of this Supplemental Stipulation shall be deemed effective, and the Parties' obligations, rights and responsibilities hereunder shall commence, upon an order or judgment granting final approval to the Stipulation of Settlement. In the event an order or judgment approving the Stipulation of Settlement is reversed or modified upon judicial review or appeal, this Supplemental Stipulation shall be voidable by election of Class Counsel or Defendant, which election shall be provided to counsel for all other Parties and the Court in writing.

16.    **Headings.** The headings contained in this Supplemental Stipulation are for convenience of reference only and are not a material part of this Supplemental Stipulation.

17.    **Counterparts.** This Supplemental Stipulation may be executed in several counterparts, each of which shall be deemed an original and which, taken together, shall constitute one and the same instrument.

8

18.    **Submission to the Court.** This Supplemental Stipulation shall be submitted without further notice to the Court to be "So Ordered."

WHEREFORE, the Parties hereto acknowledge that they have read this Supplemental Stipulation and accept and agree to the provisions contained herein, and have each executed this Supplemental Stipulation to be effective on the day and date first above written.

Dated: _____July 25_____, 2025
New York, New York

Patterson Belknap Webb & Tyler LLP
*Attorneys for Plaintiffs*
By: _____
LISA E. CLEARY
1133 Avenue of the Americas
New York, New York 100036
(212) 336-2000
lecleary@pbwt.com

Dated: _____July 25_____, 2025
New York, New York

New York Legal Assistance Group
*Attorneys for Plaintiffs*
By: _____
ELIZABETH JOIS, Of Counsel
100 Pearl Street, 19th Floor
New York, New York 10004
(212) 613-0000
ejois@nylag.org

Dated: July 25, 2025        New York State Department of Health
       Albany, New York     By: _____

                            _____
                            James V. McDonald
                            Commissioner


Dated: July 25 _____, 2025   LETITIA JAMES
       New York, New York          Attorney General
                                   State of New York
                                   *Attorney for Defendant*
                                   By: _____
                                        *Rachel Summer*
                                   _____
                                   Rachel Summer
                                   Assistant Attorney General
                                   28 Liberty Street
                                   New York, New York 10005
                                   (212) 416-8663
                                   Rachel.Summer@ag.ny.gov


Dated: December 4 _____, 2025   SO ORDERED:
       New York, New York

                                      /S/ Frederic Block
                                      _____
                                      Honorable Frederic J. Block
                                      United States District Judge